**EXHIBIT A**
**FOVO Assets Agreements**

| Debtor Party | Other Party | Agreement Name | Description | Property |
|---|---|---|---|---|
| Capitol Infrastructure, LLC | Admirals Quarters | Clearinghouse Agreement | | Admirals Quarters |
| Capitol Infrastructure, LLC | Admirals Quarters | Designated Service Provider Agreement | | Admirals Quarters |
| SmartResort Co., LLC | Admirals Quarters Commercial | Bulk Services Agreement | | Admirals Quarters - Orange Beach, AL |
| Capitol Infrastructure, LLC | Kaiser Realty | Master Community Infrastructure Agreement | Admirals Quarters | Admirals Quarters - Orange Beach, AL |
| Capitol Infrastructure, LLC | Banana Bay | Clearinghouse Agreement | | Banana Bay - Pensacola,FL |
| Capitol Infrastructure, LLC | Banana Bay | Designated Service Provider Agreement | | Banana Bay - Pensacola,FL |
| SmartResort Co., LLC | Banana Bay Commercial | Bulk Services Agreement | | Banana Bay - Pensacola,FL |
| Capitol Infrastructure, LLC | Perdido Key Lots 124 and 125, L.L.C. | Master Community Infrastructure Agreement | Banana Bay | Banana Bay - Pensacola,FL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Banana Bay - Pensacola,FL | Banana Bay - Pensacola,FL |
| Capitol Infrastructure, LLC | Bay John HOA | Clearinghouse Agreement | | Bay John Condominiums - Gulf Shores,AL |
| Capitol Infrastructure, LLC | Bay John HOA | Designated Service Provider Agreement | | Bay John Condominiums - Gulf Shores,AL |
| SmartResort Co., LLC | Bay John Commercial HOA | Bulk Services Agreement | | Bay John Condominiums - Gulf Shores,AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Bay John Condominiums - Gulf Shores,AL | Bay John Condominiums - Gulf Shores,AL |
| Capitol Infrastructure, LLC | The Rodgers Group | Master Community Infrastructure Agreement | Bay John Condominiums | Bay John Condominiums - Gulf Shores,AL |
| Capitol Infrastructure, LLC | Beaver Creek | Master Community Infrastructure Agreement | Beaver Creek | Beaver Creek - Orange Beach,AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Beaver Creek - Orange Beach,AL | Beaver Creek - Orange Beach,AL |
| Capitol Infrastructure, LLC | Midnight Properties, LLC | Master Community Infrastructure Agreement | Bon Secour Village | Bon Secour Village - Gulf Shores,AL |

Each contract listed above includes all amendments, addendums, assignments, easements, licenses, royalties and grants of rights related thereto.

**EXHIBIT A**
**FOVO Assets Agreements**

| Debtor Party | Other Party | Agreement Name | Description | Property |
|---|---|---|---|---|
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Bon Secour Village - Gulf Shores,AL | Bon Secour Village - Gulf Shores,AL |
| Capitol Infrastructure, LLC | Broadmoor HOA | Clearinghouse Agreement | | Broadmoor - Orange Beach,AL |
| Capitol Infrastructure, LLC | Broadmoor HOA | Designated Service Provider Agreement | | Broadmoor - Orange Beach,AL |
| SmartResort Co., LLC | Broadmoor Commercial HOA | Bulk Services Agreement | | Broadmoor - Orange Beach,AL |
| Capitol Infrastructure, LLC | Broadmoor Owners Association | Master Community Infrastructure Agreement | Broadmoor | Broadmoor - Orange Beach,AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Broadmoor - Orange Beach,AL | Broadmoor - Orange Beach,AL |
| Capitol Infrastructure, LLC | Caribe Resort HOA | Clearinghouse Agreement | | Caribe Resort - Orange Beach, AL |
| Capitol Infrastructure, LLC | Caribe Resort HOA | Designated Service Provider Agreement | | Caribe Resort - Orange Beach, AL |
| SmartResort Co., LLC | Caribe Resort Commercial HOA | Bulk Services Agreement | | Caribe Resort - Orange Beach, AL |
| Capitol Infrastructure, LLC | Larry Wireman | Master Community Infrastructure Agreement | Caribe Resort | Caribe Resort - Orange Beach, AL |
| Capitol Infrastructure, LLC | Kaiser Realty | Master Community Infrastructure Agreement | Caswell at Bayou St John | Caswell at Bayou St John - Orange Beach,AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Caswell at Bayou St John - Orange Beach,AL | Caswell at Bayou St John - Orange Beach,AL |
| Capitol Infrastructure, LLC | Colonnades HOA | Clearinghouse Agreement | | Colonnades - Gulf Shores,AL |
| Capitol Infrastructure, LLC | Colonnades HOA | Designated Service Provider Agreement | | Colonnades - Gulf Shores,AL |
| SmartResort Co., LLC | Colonnades Commercial HOA | Bulk Services Agreement | | Colonnades - Gulf Shores,AL |
| Capitol Infrastructure, LLC | Opus South | Master Community Infrastructure Agreement | Colonnades | Colonnades - Gulf Shores,AL |

Each contract listed above includes all amendments, addendums, assignments, easements, licenses, royalties and grants of rights related thereto.

**EXHIBIT A**
**FOVO Assets Agreements**

| Debtor Party | Other Party | Agreement Name | Description | Property |
|---|---|---|---|---|
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Colonnades - Gulf Shores,AL | Colonnades - Gulf Shores,AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Cottages at BayJohn - Gulf Shores,AL | Cottages at BayJohn - Gulf Shores,AL |
| Capitol Infrastructure, LLC | The Rodgers Group | Master Community Infrastructure Agreement | Cottages at BayJohn | Cottages at BayJohn - Gulf Shores,AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Cottages on the Greene - Foley,AL | Cottages on the Greene - Foley,AL |
| Capitol Infrastructure, LLC | Wayne Musgrove | Master Community Infrastructure Agreement | Cottages on the Greene | Cottages on the Greene - Foley,AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Craft Farms North - Gulf Shores,AL | Craft Farms North - Gulf Shores,AL |
| Capitol Infrastructure, LLC | Trae Corte Developments | Master Community Infrastructure Agreement | Craft Farms North | Craft Farms North - Gulf Shores,AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Cypress Gardens - AL - Gulf Shores, AL | Cypress Gardens - AL - Gulf Shores - Gulf Shores, AL |
| Capitol Infrastructure, LLC | Yarbrough Properties | Master Community Infrastructure Agreement | Cypress Gardens - AL | Cypress Gardens - Gulph Shores, AL |
| Capitol Infrastructure, LLC | Cotton Creek Development Corporation | Master Community Infrastructure Agreement | Cypress Point - AL Gulf Shores | Cypress Point - AL Gulf Shores - Gulf Shores, AL |
| Capitol Infrastructure, LLC | Cypress Point HOA | Clearinghouse Agreement | | Cypress Point - AL Gulf Shores - Gulf Shores, AL |
| Capitol Infrastructure, LLC | Cypress Point HOA | Designated Service Provider Agreement | | Cypress Point - AL Gulf Shores - Gulf Shores, AL |
| SmartResort Co., LLC | Cypress Point Commercial HOA | Bulk Services Agreement | Cypress Point - AL Gulf Shores | Cypress Point - AL Gulf Shores - Gulf Shores, AL |
| Capitol Infrastructure, LLC | Dream Big | Master Community Infrastructure Agreement | Dream Big | Dream Big - Gulf Shores, AL |
| Capitol Infrastructure, LLC | Cooper Communities Incorporated | Master Community Infrastructure Agreement | Escapes to the Shores | Escape to the Shores - Orange Beach, AL |
| Capitol Infrastructure, LLC | Escapes to the Shores HOA | Clearinghouse Agreement | | Escape to the Shores - Orange Beach, AL |

Each contract listed above includes all amendments, addendums, assignments, easements, licenses, royalties and grants of rights related thereto.

**EXHIBIT A**
**FOVO Assets Agreements**

| Debtor Party | Other Party | Agreement Name | Description | Property |
|---|---|---|---|---|
| Capitol Infrastructure, LLC | Escapes to the Shores HOA | Designated Service Provider Agreement | | Escape to the Shores - Orange Beach, AL |
| SmartResort Co., LLC | Escapes to the Shores Commercial HOA | Bulk Services Agreement | | Escape to the Shores - Orange Beach, AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Escapes to the Shores - Orange Beach,AL | Escape to the Shores - Orange Beach, AL |
| Capitol Infrastructure, LLC | Grand Beach Condominiums HOA | Clearinghouse Agreement | | Grand Beach Condominiums - Gulf Shores, AL |
| Capitol Infrastructure, LLC | Grand Beach Condominiums HOA | Designated Service Provider Agreement | | Grand Beach Condominiums - Gulf Shores, AL |
| SmartResort Co., LLC | Grand Beach Condominiums Commercial HOA | Bulk Services Agreement | | Grand Beach Condominiums - Gulf Shores, AL |
| Capitol Infrastructure, LLC | Rick Phillips | Master Community Infrastructure Agreement | Grand Beach Condominiums | Grand Beach Condominiums - Gulf Shores, AL |
| Capitol Infrastructure, LLC | Harbour Place HOA | Clearinghouse Agreement | | Harbour Place |
| Capitol Infrastructure, LLC | Harbour Place HOA | Designated Service Provider Agreement | | Harbour Place |
| Capitol Infrastructure, LLC | Island Towers Condominiums HOA | Clearinghouse Agreement | | Island Towers Condominiums HOA |
| Capitol Infrastructure, LLC | Island Towers Condominiums HOA | Designated Service Provider Agreement | | Island Towers Condominiums HOA |
| SmartResort Co., LLC | Island Towers Condominiums Commercial HOA | Bulk Services Agreement | | Island Towers Condominiums Gulf Shores, AL |
| Capitol Infrastructure, LLC | Shaul | Master Community Infrastructure Agreement | Island Towers Condominiums | Island Towers Condominiums Gulf Shores, AL |
| Capitol Infrastructure, LLC | La Riva East | Master Community Infrastructure Agreement | La Riva East | La Riva East - Perdido Key,FL |

Each contract listed above includes all amendments, addendums, assignments, easements, licenses, royalties and grants of rights related thereto.

**EXHIBIT A**

**FOVO Assets Agreements**

| Debtor Party | Other Party | Agreement Name | Description | Property |
|---|---|---|---|---|
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | La Riva East - Perdido Key,FL | La Riva East - Perdido Key,FL |
| Capitol Infrastructure, LLC | La Riva West | Master Community Infrastructure Agreement | La Riva West | La Riva West - Perdido Key,FL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | La Riva West - Perdido Key,FL | La Riva West - Perdido Key,FL |
| Capitol Infrastructure, LLC | Lighthouse Condominiums | Master Community Infrastructure Agreement | Lighthouse Condominiums - AL Gulf Shores | Lighthouse Condominiums - AL Gulf Shores |
| SmartResort Co., LLC | Lighthouse Condominiums - AL Gulf Shores Commercial HOA | Bulk Services Agreement | | Lighthouse Condominiums - AL Gulf Shores |
| Capitol Infrastructure, LLC | Lighthouse Condominiums - AL Gulf Shores HOA | Designated Service Provider Agreement | | Lighthouse Condominiums - AL Gulf Shores |
| Capitol Infrastructure, LLC | Lighthouse Condominiums - AL Gulf Shores HOA | Clearinghouse Agreement | | Lighthouse Condominiums - AL Gulf Shores |
| Capitol Infrastructure, LLC | Mariner Pass HOA | Clearinghouse Agreement | | Mariner Pass - Orange Beach, AL |
| Capitol Infrastructure, LLC | Mariner Pass HOA | Designated Service Provider Agreement | | Mariner Pass - Orange Beach, AL |
| SmartResort Co., LLC | Mariner Pass Commercial HOA | Bulk Services Agreement | | Mariner Pass - Orange Beach,AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Mariner Pass - Orange Beach,AL | Mariner Pass - Orange Beach,AL |
| Capitol Infrastructure, LLC | The Mitchell Company | Master Community Infrastructure Agreement | Mariner Pass | Mariner Pass - Orange Beach,AL |
| Capitol Infrastructure, LLC | Mirabella HOA | Clearinghouse Agreement | | Mirabella - Perdido Key,FL |
| Capitol Infrastructure, LLC | Mirabella HOA | Designated Service Provider Agreement | | Mirabella - Perdido Key,FL |

Each contract listed above includes all amendments, addendums, assignments, easements, licenses, royalties and grants of rights related thereto.

**EXHIBIT A**
**FOVO Assets Agreements**

| Debtor Party | Other Party | Agreement Name | Description | Property |
|---|---|---|---|---|
| SmartResort Co., LLC | Mirabella Commercial HOA | Bulk Services Agreement | | Mirabella - Perdido Key,FL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Mirabella - Perdido Key,FL | Mirabella - Perdido Key,FL |
| Capitol Infrastructure, LLC | The Mitchell Company | Master Community Infrastructure Agreement | Mirabella | Mirabella - Perdido Key,FL |
| Capitol Infrastructure, LLC | Nautilus | Master Community Infrastructure Agreement | Nautilus | Nautilus - Orange Beach,AL |
| Capitol Infrastructure, LLC | Nautilus HOA | Clearinghouse Agreement | | Nautilus - Orange Beach,AL |
| Capitol Infrastructure, LLC | Nautilus HOA | Designated Service Provider Agreement | | Nautilus - Orange Beach,AL |
| SmartResort Co., LLC | Nautilus Commercial HOA | Bulk Services Agreement | | Nautilus - Orange Beach,AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Nautilus - Orange Beach,AL | Nautilus - Orange Beach,AL |
| Capitol Infrastructure, LLC | Navy Cove Harbour II | Master Community Infrastructure Agreement | Navy Cove Harbour II | Navy Cove Harbour II - Gulf Shores,AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Navy Cove Harbour II - Gulf Shores,AL | Navy Cove Harbour II - Gulf Shores,AL |
| Capitol Infrastructure, LLC | Oceania | Master Community Infrastructure Agreement | Oceania | Oceania - Gulf Shores,AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Oceania - Gulf Shores,AL | Oceania - Gulf Shores,AL |
| Capitol Infrastructure, LLC | Romar House | Master Community Infrastructure Agreement | Romar House | Romar House - Orange Beach, AL |
| Capitol Infrastructure, LLC | Romar House HOA | Clearinghouse Agreement | | Romar House - Orange Beach, AL |
| Capitol Infrastructure, LLC | Romar House HOA | Designated Service Provider Agreement | | Romar House - Orange Beach, AL |
| SmartResort Co., LLC | Romar House Commercial HOA | Bulk Services Agreement | | Romar House - Orange Beach, AL |

Each contract listed above includes all amendments, addendums, assignments, easements, licenses, royalties and grants of rights related thereto.

**EXHIBIT A**
**FOVO Assets Agreements**

| Debtor Party | Other Party | Agreement Name | Description | Property |
|---|---|---|---|---|
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Sailmakers Place - Perdido Key,FL | Sailmakers Place - Perdido Key,FL |
| Capitol Infrastructure, LLC | The Pivotal Group | Master Community Infrastructure Agreement | Sailmakers Place | Sailmakers Place - Perdido Key,FL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | SeaChase Condominiums - Orange Beach,AL | SeaChase Condominiums - Orange Beach,AL |
| SmartResort Co., LLC | SeaChase Commercial HOA | Bulk Services Agreement | | SeaChase Condominiums - Orange Beach,AL |
| Capitol Infrastructure, LLC | SeaChase Condominiums | Master Community Infrastructure Agreement | SeaChase Condominiums | SeaChase Condominiums - Orange Beach,AL |
| Capitol Infrastructure, LLC | SeaChase HOA | Clearinghouse Agreement | | SeaChase Condominums - Orange Beach, AL |
| Capitol Infrastructure, LLC | SeaChase HOA | Designated Service Provider Agreement | | SeaChase Condominums - Orange Beach, AL |
| Capitol Infrastructure, LLC | Seaside B and R Club Owners Association | Clearinghouse Agreement | | Seaside B and R Club Owners Association - AL Orange Beach, AL |
| Capitol Infrastructure, LLC | Seaside B and R Club Owners Association | Designated Service Provider Agreement | | Seaside B and R Club Owners Association - AL Orange Beach, AL |
| SmartResort Co., LLC | Seaside B and R Club Owners Association | Bulk Services Agreement | | Seaside Beach and Racquet Club - AL Orange Beach, AL |
| Capitol Infrastructure, LLC | Seaside Beach and Racquet Club - AL Orange Beach | Master Community Infrastructure Agreement | Seaside Beach and Racquet Club - AL Orange Beach | Seaside Beach and Racquet Club - AL Orange Beach, AL |

Each contract listed above includes all amendments, addendums, assignments, easements, licenses, royalties and grants of rights related thereto.

**EXHIBIT A**
**FOVO Assets Agreements**

| Debtor Party | Other Party | Agreement Name | Description | Property |
|---|---|---|---|---|
| Capitol Infrastructure, LLC | SeaWatch Condominiums | Master Community Infrastructure Agreement | SeaWatch Condominiums | SeaWatch Condominiums - Pensacola,FL |
| Capitol Infrastructure, LLC | SeaWatch Condominiums HOA | Clearinghouse Agreement | | SeaWatch Condominiums - Pensacola,FL |
| Capitol Infrastructure, LLC | SeaWatch Condominiums HOA | Designated Service Provider Agreement | | SeaWatch Condominiums - Pensacola,FL |
| SmartResort Co., LLC | SeaWatch Condominiums Commercial HOA | Bulk Services Agreement | | SeaWatch Condominiums - Pensacola,FL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | SeaWatch Condominiums - Pensacola,FL | SeaWatch Condominiums - Pensacola,FL |
| Capitol Infrastructure, LLC | Joe Raley Builders | Master Community Infrastructure Agreement | Stonegate Estates | Stonegate Estates - Gulf Shores, AL |
| Capitol Infrastructure, LLC | Summer House HOA | Designated Service Provider Agreement | | Summer House - Orange Beach, AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Summer House - Orange Beach,AL | Summer House - Orange Beach,AL |
| Capitol Infrastructure, LLC | Summer House | Master Community Infrastructure Agreement | Summer House | Summer House - Orange Beach,AL |
| Capitol Infrastructure, LLC | Summer House HOA | Clearinghouse Agreement | | Summer House - Orange Beach,AL |
| SmartResort Co., LLC | Summer House Commercial HOA | Bulk Services Agreement | | Summer House - Orange Beach,AL |
| Capitol Infrastructure, LLC | Sunswept | Master Community Infrastructure Agreement | Sunswept | Sunswept - Orange Beach, AL |
| Capitol Infrastructure, LLC | Sunswept HOA | Clearinghouse Agreement | | Sunswept - Orange Beach, AL |
| SmartResort Co., LLC | Sunswept Commercial HOA | Bulk Services Agreement | | Sunswept - Orange Beach, AL |

Each contract listed above includes all amendments, addendums, assignments, easements, licenses, royalties and grants of rights related thereto.

**EXHIBIT A**
**FOVO Assets Agreements**

| Debtor Party | Other Party | Agreement Name | Description | Property |
|---|---|---|---|---|
| Capitol Infrastructure, LLC | Sunswept HOA | Designated Service Provider Agreement | | Sunswept - Orange Beach, AL |
| Capitol Infrastructure, LLC | Tannin Village | Master Community Infrastructure Agreement | Tannin Village | Tannin Village - Orange Beach, AL |
| Capitol Infrastructure, LLC | Skelton Development | Master Community Infrastructure Agreement | The Indies | The Indies - Gulf Shores,AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | The Indies - Gulf Shores,AL | The Indies - Gulf Shores,AL |
| Capitol Infrastructure, LLC | The Indies HOA | Clearinghouse Agreement | | The Indies - Gulf Shores,AL |
| Capitol Infrastructure, LLC | The Indies HOA | Designated Service Provider Agreement | | The Indies - Gulf Shores,AL |
| SmartResort Co., LLC | The Indies Commercial HOA | Bulk Services Agreement | | The Indies - Gulf Shores,AL |
| Capitol Infrastructure, LLC | Kaiser Realty | Master Community Infrastructure Agreement | The Palms - AL Orange Beach | The Palms - AL Orange Beach |
| Capitol Infrastructure, LLC | The Palms HOA | Clearinghouse Agreement | | The Palms - AL Orange Beach |
| Capitol Infrastructure, LLC | The Palms HOA | Designated Service Provider Agreement | | The Palms - AL Orange Beach |
| SmartResort Co., LLC | The Palms Commercial HOA | Bulk Services Agreement | | The Palms - AL Orange Beach |
| Capitol Infrastructure, LLC | AIG Baker Shopping Center Properties, LLC | Master Community Infrastructure Agreement | The Wharf | The Wharf - Orange Beach,AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | The Wharf - Orange Beach,AL | The Wharf - Orange Beach,AL |
| SmartResort Co., LLC | The Wharf AIG Baker | Bulk Services Agreement | | The Wharf - Orange Beach,AL |
| Capitol Infrastructure, LLC | The Wharf AIG Baker | Clearinghouse Agreement | | The Wharf AIG Baker |
| Capitol Infrastructure, LLC | The Wharf AIG Baker | Designated Service Provider Agreement | | The Wharf AIG Baker |
| SmartResort Co., LLC | Turquoise Place Commercial HOA | Bulk Services Agreement | | Turquoise Place |

Each contract listed above includes all amendments, addendums, assignments, easements, licenses, royalties and grants of rights related thereto.

**EXHIBIT A**
**FOVO Assets Agreements**

| Debtor Party | Other Party | Agreement Name | Description | Property |
|---|---|---|---|---|
| Capitol Infrastructure, LLC | Larry Wireman | Master Community Infrastructure Agreement | Turquoise Place | Turquoise Place |
| Capitol Infrastructure, LLC | Turquoise Place HOA | Clearinghouse Agreement | | Turquoise Place |
| Capitol Infrastructure, LLC | Turquoise Place HOA | Designated Service Provider Agreement | | Turquoise Place |
| Capitol Infrastructure, LLC | White Caps | Master Community Infrastructure Agreement | White Caps | White Caps - Orange Beach, AL |
| SmartResort Co., LLC | White Caps Commercial HOA | Bulk Services Agreement | | White Caps - Orange Beach, AL |
| Capitol Infrastructure, LLC | White Caps HOA | Clearinghouse Agreement | | White Caps - Orange Beach, AL |
| Capitol Infrastructure, LLC | White Caps HOA | Designated Service Provider Agreement | | White Caps - Orange Beach, AL |
| Baldwin County Internet/DSSI Service, LLC | Southern Light | Master Service Agreement | Windemere - Pensacola,FL | Windemere - Pensacola,FL |
| Capitol Infrastructure, LLC | Windemere | Master Community Infrastructure Agreement | Windemere | Windemere - Pensacola,FL |
| Capitol Infrastructure, LLC | Windemere HOA | Clearinghouse Agreement | | Windemere - Pensacola,FL |
| Capitol Infrastructure, LLC | Windemere HOA | Designated Service Provider Agreement | | Windemere - Pensacola,FL |
| SmartResort Co., LLC | Windemere Commercial HOA | Bulk Services Agreement | | Windemere - Pensacola,FL |
| Capitol Infrastructure, LLC | Wolf Bay Village | Master Community Infrastructure Agreement | Wolf Bay Village | Wolf Bay Village - Orange Beach, AL |
| Baldwin County Internet/DSSI Service, LLC | 4com | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | BBC America | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | Cbs College Sports Ntwk | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | Comcast Media | Content Agreement | | |

Each contract listed above includes all amendments, addendums, assignments, easements, licenses, royalties and grants of rights related thereto.

**EXHIBIT A**
**FOVO Assets Agreements**

| Debtor Party | Other Party | Agreement Name | Description | Property |
|---|---|---|---|---|
| Baldwin County Internet/DSSI Service, LLC | Discovery | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | DSI | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | Fox Sportsouth | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | FSN South | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | Guestek | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | GuesTV | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | HUB | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | KT Comm | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | Lifetime | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | LMN | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | MediaBiz | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | Music Choice | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | RFD TV | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | Showtime | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | Simplikate | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | Sprout PBS | Content Agreement | | |

Each contract listed above includes all amendments, addendums, assignments, easements, licenses, royalties and grants of rights related thereto.

**EXHIBIT A**
**FOVO Assets Agreements**

| Debtor Party | Other Party | Agreement Name | Description | Property |
|---|---|---|---|---|
| Baldwin County Internet/DSSI Service, LLC | Sundance | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | Technology Planners | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | Tower Distribution | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | Travel Channel | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | Tribune | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | TV Guide | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | TVG | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | WEAR | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | WJTC - newport | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | WKRG | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | WPMI - newport | Content Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | National Cable Television Cooperative, Inc | Member Services Agreement | | |
| Baldwin County Internet/DSSI Service, LLC | Richard Watley | Lease | Orange Beach POP - Office lease | |
| Baldwin County Internet | Gulf Telephone (Now CenturyLink) | Interconnect Agreement and General Terms 1-22-04 | Interconnect agreement for local service in Gulf Shores | |

Each contract listed above includes all amendments, addendums, assignments, easements, licenses, royalties and grants of rights related thereto.