**EXHIBIT B**

**Laguna Woods Assets Agreements**

| Debtor Party | Other Party | Agreement | Description | Property |
|---|---|---|---|---|
| Broadstar, LLC; Amenity Broadband, LLC | DIRECTV | MDU Service Provider Agreement; Key Account Operator Agreement; MDU Master System Operator Agreement | Laguna Woods - Laguna Woods,CA | Laguna Woods - Laguna Woods,CA |
| Capitol Infrastructure, LLC | Golden Rain Foundation | Cable System Management Agreement | Laguna Management Contract | Laguna Woods - Laguna Woods,CA |
| Baldwin County Internet/DSSI Service, LLC | Level 3 | Master Service Agreement | Laguna Woods - Laguna Woods,CA | Laguna Woods - Laguna Woods,CA |
| Capitol Infrastructure, LLC | Newport Exterminating | Agreement | Monthly Pest Control - Laguna | Laguna Woods - Laguna Woods,CA |
| Accelera, LLC | So Cal Access and Video | Ultimate Service Contract | Laguna | Laguna Woods - Laguna Woods,CA |
| Capitol Infrastructure, LLC | Summit Team Inc | Agreement | Laguna Woods Office | Laguna Woods - Laguna Woods,CA |
| Capitol Infrastructure, LLC | West Coast Internet, Inc | Master Services Agreement | Laguna Woods Internet | Laguna Woods Internet |

Each contract listed above includes all amendments, addendums, assignments, easements, licenses, royalties and grants of rights related thereto.