**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAPITOL INFRASTRUCTURE, LLC, et al.,[1] | Case No. 12-11362 (KG) |
| Debtors. | (Jointly Administered) |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 14, 2012 AT 9:00 A.M. (EASTERN TIME)[3]**

PLEASE TAKE NOTICE THAT THE HEARING TIME HAS BEEN CHANGED
FROM 10:00 A.M. TO 9:00 A.M. AT THE DIRECTION OF THE COURT.

CONTINUED MATTERS

1.  Riverstone Communities, LLC's Motion For An Order Confirming That No Stay Is In Effect Or, In The Alternative, Lifting the Automatic Stay [Docket No. 360; filed May 24, 2012]

    Objection/Response Deadline:   June 7, 2012 at 4:00 p.m. (ET) (extended to June 11, 2012 at 12:00 p.m. for the Debtors).

    Objections/Responses:

    a.  Limited Objection of Bank of America, N.A. to Riverstone Communities, LLC's Motion for Order Confirming that No Stay is in Effect or in the Alternative, Lifting the Automatic Stay [Docket No. 512; filed June 7, 2012]

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): Accelera Services, LLC (6589); Amenity Broadband, LLC (7012); BA Infrastructure SPE, LLC (6610); Baldwin County Internet/DSSI Service, L.L.C. (8858); Broadstar, LLC (8917); Capitol Broadband Development Company, LLC (4515); Capitol Broadband Management Corporation (4260); Capitol Broadband Ventures, LLC (3976); Capitol Infrastructure, LLC (0323); Capitol Infrastructure CP Funding, LLC (1008); CB Infrastructure SPE, LLC (4470); Infrastructure SPE, LLC (1144); and SMARTRESORT CO., L.L.C. (3706). The Debtors' corporate headquarters is located at 111 Corning Road, Suite 250, Cary, NC  27518.

[2] Amended items appear in bold type.

[3] The hearing will be held before the Honorable Kevin Gross, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.  Any party who wishes to appear telephonically at the June 14, 2012 hearing must contact CourtCall LLC at (866) 582-6878 by no later than June 13, 2012 at 12:00 p.m. (ET) in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

-1-

    b.    Debtors' Objection Riverstone Communities, LLC's Motion For An Order Confirming That No Stay Is In Effect Or, In The Alternative, Lifting the Automatic Stay [Docket No. 543; filed June 11, 2012]

Related Documents:  None.

Status:  This matter is continued to the July 5, 2012 omnibus hearing.

2.    Riverstone Communities, LLC's Objection to Removal of Equipment in Connection with Order Authorizing Debtors to Reject Certain Executory Contracts and Abandon Certain Equipment [Docket No. 445; filed May 30, 2012]

Response Deadline:  June 28, 2012 at 4:00 p.m. (ET)

Related Documents:

    a.    Order Authorizing Debtors to Reject Certain Executory Contracts and Abandon Certain Equipment [Docket No. 270; filed May 16, 2012]

    b.    Notice of Filing Removal List in Connection with Order Authorizing Debtors to Reject Certain Executory Contracts and Abandon Certain Equipment [Docket No. 275; filed May 16, 2012]

    c.    Notice of Filing of List of Properties Maintaining Status Quo Until June 7, 2012 in Accordance With the Rejection Order [Docket No. 292; filed May 18, 2012]

    d.    Notice of Filing of List of Service Orders Related to Properties Maintaining Status Quo Until June 7, 2012 [Docket No. 295; filed May 18, 2012]

    e.    Order Granting Motion of Crest Manor L.P., Dayton Park Properties, New Colony LLP, Oak Grove Properties L.L.P., Oak Terrace Properties LLC, Roseville LLP and Roxbury Realty Co. for Reconsideration of Order Authorizing Debtors to Reject Certain Executory Contracts and Abandon Certain Equipment [Docket No. 460; filed May 31, 2012]

    f.    Response of the Debtors to Riverstone Communities, LLC's Objection to Removal of Equipment in Connection with Order Authorizing Debtors to Reject Certain Executory Contracts and Abandon Certain Equipment [Docket No. 511; filed June 7, 2012]

    g.    Response of Bank of America, N.A. to Riverstone Communities, LLC's Objection to Removal of Equipment in Connection With Order Authorizing Debtors to Reject Certain Executory Contracts and Abandon Certain Equipment [Docket No. 516; filed June 7, 2012]

Status:  This matter is continued to the July 5, 2012 omnibus hearing by the agreement of the parties.

3.  Notice of Dispute of USP Blue Ridge LLC n/k/a Cielo Blue Ridge, Inc. [Docket No. 451; filed May 30, 2012]

    Response Deadline:  June 11, 2012 at 4:00 p.m. (ET)

    Related Documents:

    a.  Order Authorizing Debtors to Reject Certain Executory Contracts and Abandon Certain Equipment [Docket No. 270; filed May 16, 2012]

    b.  Notice of Filing Removal List in Connection with Order Authorizing Debtors to Reject Certain Executory Contracts and Abandon Certain Equipment [Docket No. 275; filed May 16, 2012]

    c.  Notice of Filing of List of Properties Maintaining Status Quo Until June 7, 2012 in Accordance With the Rejection Order [Docket No. 292; filed May 18, 2012]

    d.  Notice of Filing of List of Service Orders Related to Properties Maintaining Status Quo Until June 7, 2012 [Docket No. 295; filed May 18, 2012]

    e.  Order Granting Motion of Crest Manor L.P., Dayton Park Properties, New Colony LLP, Oak Grove Properties L.L.P., Oak Terrace Properties LLC, Roseville LLP and Roxbury Realty Co. for Reconsideration of Order Authorizing Debtors to Reject Certain Executory Contracts and Abandon Certain Equipment [Docket No. 460; filed May 31, 2012]

    Status:  This matter is continued to the July 5, 2012 omnibus hearing by the agreement of the parties.

4.  Ascentia Real Estate Investment Company's Notice of Dispute to Debtors' Notice of Filing Removal List In Connection with Order Authorizing Debtors to Reject Certain Executory Contracts and Abandon Certain Equipment [Docket No. 453; filed May 30, 2012]

    Response Deadline:  August 1, 2012 at 4:00 p.m. (ET)

    Related Documents:

    a.  Order Authorizing Debtors to Reject Certain Executory Contracts and Abandon Certain Equipment [Docket No. 270; filed May 16, 2012]

    b.  Notice of Filing Removal List in Connection with Order Authorizing Debtors to Reject Certain Executory Contracts and Abandon Certain Equipment [Docket No. 275; filed May 16, 2012]

    c.  Notice of Filing of List of Properties Maintaining Status Quo Until June 7, 2012 in Accordance With the Rejection Order [Docket No. 292; filed May 18, 2012]

    d.  Notice of Filing of List of Service Orders Related to Properties Maintaining Status Quo Until June 7, 2012 [Docket No. 295; filed May 18, 2012]

    e.    Order Granting Motion of Crest Manor L.P., Dayton Park Properties, New Colony LLP, Oak Grove Properties L.L.P., Oak Terrace Properties LLC, Roseville LLP and Roxbury Realty Co. for Reconsideration of Order Authorizing Debtors to Reject Certain Executory Contracts and Abandon Certain Equipment [Docket No. 460; filed May 31, 2012]

    Status:  This matter is continued to the August 8, 2012 omnibus hearing by the agreement of the parties.

## CONTESTED MATTERS GOING FORWARD

5.    Motion of the Debtors for an Order (A) (I) Approving Sale Procedures; (II) Approving a Break-Up Fee and Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Assets; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 11; filed April 27, 2012]

Cure Objection Deadline:  May 24, 2012 at 4:00 p.m. (ET)[4]

Sale Objection Deadline:  June 7, 2012 at 4:00 p.m. (ET) (see footnote 4)

All Objections/Responses:  See Exhibit A attached hereto.

Related Documents:

    a.    Notice of Filing Revised Proposed Form of Order (I) Approving Sale Procedures; (II) Approving a Break-Up Fee and Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Certain Assets; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief [Docket No. 153; filed May 9, 2012]

    b.    Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 199; filed May 11, 2012]

    c.    Order (I) Approving Sale Procedures; (II) Approving a Break-Up Fee and Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Certain Assets; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief [Docket No. 235; filed May 15, 2012]

---

[4] The Debtors have extended the relevant response deadline as to numerous interested parties to various dates and times; however, the list of such extensions is voluminous and therefore has not been referenced herein. Notwithstanding the foregoing, the Debtors reserve their right to raise the issue of timeliness of any objection or response that was not timely filed.

d.  Notice of Auctions and Sale Hearing [Docket No. 240; filed May 15, 2012]

e.  Notice of Removal of Certain Executory Contracts and Unexpired Leases from Cure Notice [Docket No. 290; filed May 17, 2012]

f.  Notice of First Supplement to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 291; filed May 17, 2012]

g.  Notice of Second Supplement to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 294; filed May 18, 2012]

h.  Reformatted Notice of Executory Contracts and Unexpired Leases [Docket No. 296; filed May 18, 2012]

i.  Notice of Third Supplement to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 304; filed May 21, 2012]

j.  Notice of Fourth Supplement to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 317; filed May 22, 2012]

k.  Notice of Filing Revised Schedules 2.1(b)-1 and 2.1(b)-2 to the Stalking Horse Purchase Agreement [Docket No. 318; filed May 22, 2012]

l.  Notice of Correction Regarding Exhibit A to the Third Supplemental Contract Notice and Exhibit A to the Fourth Supplemental Contract Notice [Docket No. 327; filed May 23, 2012]

m.  Second Notice of Removal of Certain Executory Contracts and Unexpired Leases from Cure Notice [Docket No. 328; filed May 23, 2012]

n.  Notice of Correction to Cure Schedule [Docket No. 380; filed May 25, 2012]

o.  Notice of Fifth Supplement to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases [Docket No. 381; filed May 25, 2012]

p.  Notice of Auction Results and Deadline for Remaining Objections Relating to Adequate Assurance of Future Performance [Docket No. 497; filed June 5, 2012]

q.  Amended Notice of Fourth Supplement to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 501; filed June 6, 2012]

r.  Notice to Southern Light of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance [Docket No. 538; filed June 8, 2012]

s.  Debtors' Omnibus Response to Objections to Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 545; filed June 11, 2012]

t.  Notice of Filing Executed Version of Mediacom Southeast LLC Asset Purchase Agreement [Docket No. 565; filed June 13, 2012]

u.  Declaration of Matt Springer in Support of Sale of Assets to Mediacom Southeast LLC [Docket No. 566; filed June 13, 2012]

v.  Exhibits and Witness List of LRA Marina, LLC and Hammock Beach III, LLC [Docket No. 569; filed June 13, 2012]

w.  Exhibits and Witness List of Gateway Tempe Owners [Docket No. 570; filed June 13, 2012]

x.  Notice of Withdrawal of Objections of Powell Place Development Company [Docket No. 571; filed June 13, 2012]

y.  Notice of Filing Revised Proposed Form of Order (I) Authorizing and Approving the Sale to Mediacom Southeast LLC of Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 576; filed June 13, 2012]

z.  Notice of Withdrawal of Objection of Venetian Cove Club, Inc., and The Madrid Club, Inc. [Docket No. 577; filed June 13, 2012]

aa. **Notice of Withdrawal of Objection, Supplemental Objection and Second Supplemental Objection of Sun Communities Operating Limited Partnership and its Affiliates to the (A) Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd and (B) Proposed Assumption**

       **and Assignment to Hotwire Communications, Ltd. [Docket No. 583; filed June 13, 2012]**

   bb.   **Declaration of Kristin Johnson, President of Hotwire Communications, Ltd., in Support of the Debtors' Sale of Certain of its Assets to Hotwire Communications, Ltd. [Docket No. 584; filed June 13, 2012]**

   cc.   **Declaration of Michael Karp, Chairman of Hotwire Communications, Ltd., in Support of the Debtors' Sale of Certain of its Assets to Hotwire Communications, Ltd. [Docket No. 585; filed June 13, 2012]**

   dd.   **Conditional Withdrawal of Limited Objection by Heron Isles Entities to Assumption of Agreements [Docket No. 586; filed June 13, 2012]**

   ee.   **Conditional Withdrawal of Limited Objection by Timothy's Landing Entities to Assumption of Agreements [Docket No. 587; filed June 13, 2012]**

   ff.   **Exhibits and Witnesses Offered in Support of Debtors' Motions for an Order Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests [Docket No. 588; filed June 13, 2012]**

   gg.   **Notice of Filing of Amended and Restated Asset Purchase Agreement Between Debtors and Hotwire Communications, Ltd. [Docket No. 589; filed June 13, 2012]**

   <u>Status</u>:  This matter is going forward with respect to approval of the sale of separate groups of assets to Hotwire Communications, Ltd. and Mediacom Southeast LLC. The Debtors believe that the only objections listed on <u>Exhibit A</u> hereto that remain applicable to the proposed sale to Mediacom Southeast LLC are those of Bank of America (D.I. 509), Capital Bank (D.I. 521), Cisco Systems, Inc. (D.I. 352), Fish N Wire, Inc. (D.I. 413) and Escambia County Tax Collector (D.I. 556). The Debtors and/or Hotwire Communications, Ltd. are in active discussions with numerous of the objectors, and will update this Agenda to reflect resolved objections.

6.   Motion for an Order (A)(I) Approving Sale Procedures for Other Assets; (II) Scheduling a Hearing to Consider Sale of Other Assets; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Other Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto and (IV) Granting Related Relief [Docket No. 83; filed May 4, 2012]

   <u>Cure Objection Deadline</u>:  May 24, 2012 at 4:00 p.m. (ET) (see footnote 4)

   <u>Sale Objection Deadline</u>:  June 7, 2012 at 4:00 p.m. (ET) (see footnote 4)

   <u>All Objections/Responses</u>:  See <u>Exhibit A</u> attached hereto.

   <u>Related Documents</u>:

#16239492 v1

a. Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 199; filed May 11, 2012]

b. Order (I) Approving Sale Procedures for Other Assets; (II) Scheduling a Hearing to Consider Sale of Other Assets; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief [Docket No. 230; filed May 15, 2012]

c. Notice of Auctions and Sale Hearing [Docket No. 240; filed May 15, 2012]

d. Notice of Removal of Certain Executory Contracts and Unexpired Leases from Cure Notice [Docket No. 290; filed May 17, 2012]

e. Notice of First Supplement to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 291; filed May 17, 2012]

f. Notice of Second Supplement to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 294; filed May 18, 2012]

g. Reformatted Notice of Executory Contracts and Unexpired Leases [Docket No. 296; filed May 18, 2012]

h. Notice of Third Supplement to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 304; filed May 21, 2012]

i. Notice of Fourth Supplement to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 317; filed May 22, 2012]

j. Notice of Correction Regarding Exhibit A to the Third Supplemental Contract Notice and Exhibit A to the Fourth Supplemental Contract Notice [Docket No. 327; filed May 23, 2012]

k. Second Notice of Removal of Certain Executory Contracts and Unexpired Leases from Cure Notice [Docket No. 328; filed May 23, 2012]

l. Notice of Correction to Cure Schedule [Docket No. 380; filed May 25, 2012]

m.  Notice of Fifth Supplement to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases [Docket No. 381; filed May 25, 2012]

n.  Notice of Auction Results and Deadline for Remaining Objections Relating to Adequate Assurance of Future Performance [Docket No. 497; filed June 5, 2012]

o.  Amended Notice of Fourth Supplement to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 501; filed June 6, 2012]

p.  Notice to Southern Light of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance [Docket No. 538; filed June 8, 2012]

q.  Debtors' Omnibus Response to Objections to Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 545; filed June 11, 2012]

r.  Declaration of Russell Ridgeway in Support of Sale of Assets to Golden Rain Foundation of Laguna Woods [Docket No. 562; filed June 12, 2012]

s.  Notice of Filing Executed Version of Golden Rain Foundation of Laguna Woods Asset Purchase Agreement [Docket No. 572; filed June 13, 2012]

t.  Declaration of Matt Springer in Support of Sale of Assets to Golden Rain Foundation of Laguna Woods [Docket No. 573; filed June 13, 2012]

u.  Notice of Filing Revised Proposed Form of Order (I) Authorizing and Approving the Sale to Golden Rain Foundation of Laguna Woods of Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 575; filed June 13, 2012]

v.  **Notice of Withdrawal of Objection, Supplemental Objection and Second Supplemental Objection of Sun Communities Operating Limited Partnership and its Affiliates to the (A) Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd and (B) Proposed Assumption and Assignment to Hotwire Communications, Ltd. [Docket No. 583; filed June 13, 2012]**

#16239492 v1

- w. **Declaration of Kristin Johnson, President of Hotwire Communications, Ltd., in Support of the Debtors' Sale of Certain of its Assets to Hotwire Communications, Ltd. [Docket No. 584; filed June 13, 2012]**

- x. **Declaration of Michael Karp, Chairman of Hotwire Communications, Ltd., in Support of the Debtors' Sale of Certain of its Assets to Hotwire Communications, Ltd. [Docket No. 585; filed June 13, 2012]**

- y. **Conditional Withdrawal of Limited Objection by Heron Isles Entities to Assumption of Agreements [Docket No. 586; filed June 13, 2012]**

- z. **Conditional Withdrawal of Limited Objection by Timothy's Landing Entities to Assumption of Agreements [Docket No. 587; filed June 13, 2012]**

- aa. **Exhibits and Witnesses Offered in Support of Debtors' Motions for an Order Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests [Docket No. 588; filed June 13, 2012]**

- bb. **Notice of Filing of Amended and Restated Asset Purchase Agreement Between Debtors and Hotwire Communications, Ltd. [Docket No. 589; filed June 13, 2012]**

Status: This matter is going forward with respect to approval of the sale of separate groups of assets to Hotwire Communications, Ltd. and Golden Rain Foundation of Laguna Woods. The Debtors believe that the only objection listed on Exhibit A hereto that remains applicable to the proposed sale to Golden Rain Foundation of Laguna Woods is that of Cisco Systems, Inc. (D.I. 352). The Debtors and/or Hotwire Communications, Ltd. are in active discussions with numerous of the objectors, and will update this Agenda to reflect resolved objections.

7. The Palms on Scottsdale Co-Tenancy's Motion for Order Confirming Termination or Absence of Stay Pursuant to 11 U.S.C. Section 362 and, In The Alternative, Objection to Assumption and Assignment Pursuant to 11 U.S.C. Section 365 and Motion to Require Debtor to Provide Certain Gap-Period Services Pursuant to 11 U.S.C. Section 105 [Docket No. 340; filed May 24, 2012]

   Objection/Response Deadline: June 7, 2012 at 4:00 p.m. (ET)

   Objections/Responses/Replies:

   a. Objection of the Debtors to the Palms on Scottsdale Co-Tenancy's Motion for Order Confirming Termination or Absence of Stay Pursuant to 11 U.S.C. § 362 and, In The Alternative, Objection to Assumption and Assignment Pursuant to 11 U.S.C. § 365 and Motion to Require Debtor to Provide Certain Gap-Period Services Pursuant to 11 U.S.C. § 105 [Docket No. 519; filed June 7, 2012]

   Related Documents:

   a. Motion of the Debtors for an Order (A) (I) Approving Sale Procedures; (II) Approving a Break-Up Fee and Expense Reimbursement; (III) Scheduling a

        Hearing to Consider Sale of Assets; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 11; filed April 27, 2012]

    b.    Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 199; filed May 11, 2012]

    c.    Motion of The Palms on Scottsdale Co-Tenancy Pursuant to 11 U.S.C. Sections 105(a) and 107(b)(1), Del. L.R. 9018-1(b), and Fed. R. Bankr. P. 9018, To File Under Seal Certain Exhibits in Support of Its Motion for Order Confirming Termination or Absence of Stay Pursuant to 11 U.S.C. Section 362 and, In The Alternative, Objection to Assumption and Assignment Pursuant to 11 U.S.C. Section 365 and Motion to Require Debtor to Provide Certain Gap-Period Services Pursuant to 11 U.S.C. Section 105 [Docket No. 343; filed May 24, 2012]

    d.    Reply in Support of Motion for Order Confirming Termination or Absence of Stay Pursuant to 11 U.S.C. § 362, Alternative Objection to Assumption & Assignment Pursuant to 11 U.S.C. § 365 and Motion to Require Debtor to Provide Certain Gap-Period Services Pursuant to 11 U.S.C. § 105 [Docket No. 544; filed June 11, 2012]

**Status:  By the agreement of the parties, this matter is adjourned to a date to be determined by the Court.**

8.    Debtors' Application for Entry of an Order Authorizing the Retention of Apto Solutions, Inc. in Connection with the Recovery and Marketing of Certain Assets [Docket No. 382; filed May 25, 2012]

Objection/Response Deadline:  June 7, 2012 at 4:00 p.m. (ET)

Objections/Responses:  Informal response from the Office of the United States Trustee (RESOLVED)

Related Documents:

    a.    Certificate of No Objection Regarding Debtors' Application for Entry of an Order Authorizing the Retention of Apto Solutions, Inc. in Connection with the Recovery and Marketing of Certain Assets [Docket No. 568; filed June 13, 2012]

Status:  This matter has been resolved.  Counsel respectfully requests that the Court enter the order attached to the certificate of no objection at its earliest convenience.  A hearing is only necessary to the extent the Court has any questions or concerns.

9.  Debtors' Motion for Entry of an Order Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances [Docket No. 383; filed May 25, 2012]

    Objection/Response Deadline:  June 7, 2012 at 4:00 p.m. (ET)

    Objections/Responses:

    a.  Interurban Companies' Opposition to Debtors' Motion for Entry of an Order Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances [Docket No. 486; filed June 4, 2012] (CONTINUED)

    b.  Ascentia Real Estate Investment Company's Limited Objection and Reservation of Rights in Response to Debtors' Motion for Entry of an Order Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances [Docket No. 513; filed June 7, 2012] (CONTINUED)

    c.  Consent of Capital Bank, N.A. to Debtors' Motion for Entry of an Order Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances [Docket No. 523; filed June 7, 2012]

    d.  Limited Objection of Sun Communities Operating Limited Partnership and its Affiliates to the Debtors' Motion for Entry of an Order Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances [Docket No. 524; filed June 7, 2012] **(RESOLVED)**

    e.  Objection of The Villages of Apex, Master Association, Inc. to Debtors' Motion for Entry of an Order Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances [Docket No. 534; filed June 8, 2012] (CONTINUED)

    Related Documents:

    a.  Debtors' Motion for Order Shortening Notice Period Applicable to Debtors' Motion for Entry of an Order Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances [Docket No. 384; filed May 25, 2012]

    b.  Order Granting Motion for Order Shortening Notice Period Applicable to Debtors' Motion for Entry of an Order Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances [Docket No. 419; filed May 29, 2012]

    c.  Amended Notice of Debtors' Motion for Entry of an Order Authorizing the Sale of Certain of the Debtors Assets Free and Clear of Liens, Claims and Encumbrances [Docket No. 423; filed May 29, 2012]

    d.  Notice of Filing Revised Proposed Form of Order Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances [Docket No. 567; filed June 13, 2012]

    e.    Exhibit and Witnesses Offered in Support of Debtors' Motion for Entry of an Order Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances [Docket No. 574; filed June 13, 2012]

Status:  By the agreement of the parties, this matter is continued (i) to the July 5, 2012 omnibus hearing as it relates to the objections of Interurban Companies and The Villages of Apex, Master Association, Inc., and (ii) to the August 8, 2012 omnibus hearing as it relates to the objection of Ascentia Real Estate Investment Company. **Further, the limited objection of Sun Communities Operating Limited Partnership has been resolved. This matter is going forward on an uncontested basis.**

10.    Motion of DIRECTV, LLC for Entry of an Order to Compel Debtors' Assumption or Rejection of Right of Entry Agreements [Docket No. 463; filed May 31, 2012]

Objection/Response Deadline:  June 7, 2012 at 10:00 a.m. (ET) (proposed)

Objections/Responses:

    a.    Objection of Metropolitan Life Insurance Company to (i) Motion of the Debtors for an Order (A) (I) Approving Sale Procedures; (II) Approving a Break-Up Fee and Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Assets; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief; and (ii) Objection to Motion of DirecTV for Entry of an Order to Compel Debtors' Assumption or Rejection of Right of Entry Agreements [Docket No. 517 filed June 7, 2012]

    b.    Debtors' Response to and Reservation of Rights Regarding Motion of DIRECTV, LLC to Shorten Notice Regarding Motion of DIRECTV, LLC for Entry of an Order to Compel Debtors' Assumption or Rejection of Right of Entry Agreements [Docket No. 537; filed June 8, 2012]

Related Documents:

    a.    Motion of DIRECTV, LLC to Shorten Notice Regarding Motion of DIRECTV, LLC for Entry of an Order to Compel Debtors' Assumption or Rejection of Right of Entry Agreements [Docket No. 467; filed May 31, 2012]

Status:  This matter is going forward if movant's motion to shorten is granted by the Court.

Dated:  June 13, 2012
       Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

 /s/ John H. Schanne II
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
James C. Carignan (DE No. 4230)
John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390

*Attorneys for the Debtors and Debtors in Possession*

# EXHIBIT A

## (SALE / CURE[1] OBJECTIONS AND RESPONSES)

### RELATED TO HOTWIRE COMMUNICATIONS, LTD. SALE:

| TAB NO. | DOCKET NO. | DATE FILED | OBJECTING/RESPONDING PARTY | STATUS |
|---|---|---|---|---|
| 22. 72. | 335 539 | 5/24/2012 6/11/2012 | Powell Place Development Company (Powell Place Community Association) | Withdrawn |
| 48. | 378 | 5/25/2012 | Venetian Cove Club, Inc. and Madrid Club, Inc. | Withdrawn |
| 14. | 325 | 5/23/2012 | Bandwidth.com, Inc. | **To be adjourned** |
| 35. | 352 | 5/24/2012 | Cisco Systems, Inc. | **To be adjourned** |
| 11. 24. | 217 337 | 5/14/2012 5/24/2012 | Dos Lagos Homeowners Association, Inc. | **To be adjourned** |
| 37. | 354 | 5/24/2012 | Latitude on the River Condominium Association, Inc. et al. | **To be adjourned** |
| 45. 67. 69. | 364 520 522 | 5/24/2012 6/7/2012 6/7/2012 | Gel Dominion, LP, Gel Mandolin, LP, Gel Timberlinks, LLC, Fox Hollow Associates, Ltd., ASMARA Affordable Housing, Inc., Chicory Court IV, LP, LB-RPR REO Holdings, LLC | **Resolved, except with respect to Fox Hollow Associates, and subject to ongoing discussions** |
| 49. | 411 | 5/29/2012 | AT&T | Resolved in principle[2]; parties will reserve rights; contracts not being assumed or assigned |
| 26. | 339 | 5/24/2012 | Ashley Mill Apartments, LLC | Resolved in principle |
| 61. | 509 | 6/7/2012 | Bank of America, N.A. | **Resolved in principle** |
| 1. 44. 77. | 134 363 553 | 5/9/2012 5/24/2012 6/12/2012 | Bell Partners Inc. | **Resolved in principle** |
| 62. | 510 | 6/7/2012 | Dunham Marsh Partners, LLC | **Resolved in principle** |
| 57. 73. | 483 540 | 6/1/2012 6/11/2012 | Gateway Tempe Owners | **Resolved in principle** |
| 16. | 329 | 5/24/2012 | Heritage Infrastructure Management, Inc. | Resolved in principle |
| 28. | 344 | 5/24/2012 | Heron Isles Owners Association, Inc. and Heron Isles Joint Venture, LLC | Resolved in principle |

---

[1] **The Debtors propose to adjourn all cure amount objections to a subsequent hearing to be determined by the Court.**

[2] **All references to "resolved in principle" reflect the Debtors' understanding that the objection has been resolved in principle, in some cases subject to appropriate documentation.**

| | | | | |
|---|---|---|---|---|
| 3.<br>8.<br>47. | 181<br>211<br>374 | 5/10/2012<br>5/14/2012<br>5/24/2012 | Landmark Residential, as manager of and on behalf of Landmark at Mountainview (formerly known as Timber Trace Apartments) and Richmond on the Fairway | Resolved in principle |
| 34. | 351 | 5/24/2012 | Lexington Plantation Investors, LLC, Lexington Plantation Holdings, LLC, PF Development Group, Inc., The Gate At Lexington Plantation Homeowners Association, Inc. | Resolved in principle |
| 56.<br>75. | 480<br>542 | 6/1/2012<br>6/11/2012 | Panorama Towers Condominium Unit Owners' Association, Inc. | Resolved in principle |
| 18. | 331 | 5/24/2012 | Park Village Infrastructure Management, Inc. | Resolved in principle |
| 19. | 332 | 5/24/2012 | Rice Hope Infrastructure Management, Inc. | Resolved in principle |
| 39. | 357 | 5/24/2012 | Spire Denver, LLC | Resolved in principle |
| 46. | 366 | 5/24/2012 | Spire Owners Association, Inc. | **Resolved in principle** |
| 50. | 412 | 5/29/2012 | The American Registry for Internet Numbers, Ltd. | Resolved in principle |
| 23. | 336 | 5/24/2012 | The Plaza Midtown Residential Condominium Association, Inc. | Resolved in principle |
| 31. | 348 | 5/24/2012 | Timothy's Landing Owners Association, Inc. and Timothy's Landing, LLP | Resolved in principle |
| 25. | 338 | 5/24/2012 | Tributary at New Manchester Community Association Inc. | **Resolved in principle** |
| 38. | 355 | 5/24/2012 | Van Metre Woodland Park Apartments I, L.P., Van Metre Woodland Park Apartments IIA, L.P., Van Metre Woodland Park Apartments IIB, L.L.C. | Resolved in principle |
| 63. | 514 | 6/7/2012 | Wells Fargo Bank, N.A. | Resolved in principle |
| 55. | 479 | 6/1/2012 | Martin Condominium Unit Owners' Association, Inc. | **Resolved** |
| 4.<br>9.<br>17.<br>64.<br>80. | 187<br>214<br>330<br>515<br>560 | 5/11/2012<br>5/14/2012<br>5/24/2012<br>6/7/2012<br>6/12/2012 | Sun Communities Operating Limited Partnership | **Resolved** |
| 12. | 221 | 5/14/2012 | Access Media 3, Inc. | N/A – Addressed Bidding Procedures |
| 7. | 206 | 5/14/2012 | Office of the United States Trustee | N/A – Addressed Bidding Procedures |
| 27. | 342 | 5/24/2012 | Alcatel-Lucent USA Inc. | Moot – contracts not being assumed or assigned |
| 6.<br>43. | 196<br>362 | 5/11/2012<br>5/24/2012 | Casino Housing Corporation, Pecue, LLP, Waynesburg Park Properties, LLC | Moot – contracts not being assumed or assigned |
| 52. | 416 | 5/29/2012 | DIRECTV, LLC | Moot – contracts not |

-2-

| | | | | being assumed or assigned |
|---|---|---|---|---|
| 76. | 546 | 6/11/2012 | Dish Network, L.L.C. | Moot – contracts not being assumed or assigned |
| 42. | 361 | 5/24/2012 | Florida Power & Light FiberNet (FiberNet) | Moot – contracts not being assumed or assigned |
| 58. | 489 | 6/5/2012 | Hammock Beach III, LLC | **Moot – contracts not being assumed or assigned** |
| 59. | 490 | 6/5/2012 | LRA Marina, LLC | **Moot – contracts not being assumed or assigned** |
| 10. 15. | 216 326 | 5/14/2012 5/23/2012 | Riverstone Communities, LLC | **Moot – contracts not being assumed or assigned** |
| 5. 13. | 195 320 | 5/11/2012 5/23/2012 | Sandy Springs CV East, LLC | Moot – contracts not being assumed or assigned |
| 21. 66. | 334 518 | 5/24/2012 6/7/2012 | The Plaza Condominium Owners Association, Inc. | Moot – contracts not being assumed or assigned |
| 53. | 444 | 5/30/2012 | Verizon Communications and Cellco Partnership d/b/a Verizon Wireless | Moot – contracts not being assumed or assigned |
| 41. | 359 | 5/24/2012 | Windstream Communications, Inc. | Continued |
| 2. 65. 74. | 179 517 541 | 5/10/2012 6/7/2012 6/11/2012 | Metropolitan Life Insurance Company | **Conditionally resolved in principle** |
| **81.** | **580** | **6/13/2012** | **Brevard County, Lake County, Orange County, Polk County, and Osceola County, Florida Tax Collectors** | |
| 68. | 521 | 6/7/2012 | Capital Bank, N.A. | |
| 40. | 358 | 5/24/2012 | DISH Network, LLC | |
| 32. | 349 | 5/24/2012 | Embarq Florida, Inc., Coastal Utilities, Inc., CenturyLink Sales Solutions, Inc. f/k/a Embarq Solutions, Inc., Embarq Management Company, Madison River Communications, LLC, Qwest Communications Company, LLC, Qwest Corporation | |
| 78. | 556 | 6/12/2012 | Escambia County Tax Collector | |
| 60. | 496 | 6/5/2012 | Ford's Colony at Rocky Mount Homeowners Association, Inc. | |
| 29. | 345 | 5/24/2012 | Hargray Communications Group, Inc. | |
| 36. | 353 | 5/24/2012 | Independence Place Jefferson Park, LLC | |

-3-

| | | | | |
|---|---|---|---|---|
| 70. | 532 | 6/8/2012 | | |
| 33. | 350 | 5/24/2012 | Independence Place West Fayetteville, LLC | |
| 71. | 533 | 6/8/2012 | | |
| 20. | 333 | 5/24/2012 | Level 3 Communications, LLC | |
| 79. | 559 | 6/12/2012 | Park Lafayette Property Holdings, LLC | |
| 54. | 462 | 5/31/2012 | Treybrooke Gardens Associates, LP | |

### RELATED TO MEDIACOM SOUTHEAST, LLC SALE:

| TAB NO. | DOCKET NO. | DATE FILED | OBJECTING/RESPONDING PARTY | STATUS |
|---|---|---|---|---|
| 35. | 352 | 5/24/2012 | Cisco Systems, Inc. | **To be adjourned** |
| 51. | 413 | 5/24/2012 | Fish N Wire, Inc. | **Resolved** |
| 61. | 509 | 6/7/2012 | Bank of America, N.A. | **Resolved in principle** |
| 68. | 521 | 6/7/2012 | Capital Bank, N.A. | |
| 78. | 556 | 6/12/2012 | Escambia County Tax Collector | |

### RELATED TO GOLDEN RAIN FOUNDATION OF LAGUNA WOODS SALE:

| TAB NO. | DOCKET NO. | DATE FILED | OBJECTING/RESPONDING PARTY | STATUS |
|---|---|---|---|---|
| 30. | 346 | 5/24/2012 | Golden Rain Foundation of Laguna Woods | **Mooted** |
| 35. | 352 | 5/24/2012 | Cisco Systems, Inc. | **To be adjourned** |

#16239492 v1