# **EXHIBIT A**

# Schedule 2.1(b)
## Assumed Contracts

| Debtor Party | Other Party | Contract Name | Property |
|---|---|---|---|
| Capitol Infrastructure, LLC | TRG&S Las Olas Beach Club, Ltd | Master Community Infrastructure Agreement | Las Olas Beach Club |
| Capitol Infrastructure, LLC | Capitol Infrastructure CP Funding, LLC | Assignment of Easement | Las Olas Beach Club |
| Capitol Infrastructure, LLC | Las Olas Beach Club Condominium Association | License Agreement & First Amendment | Las Olas Beach Club |
| Capitol Infrastructure, LLC | Las Olas Beach Club Condominium | Service Provider Designation Agreement | Las Olas Beach Club |
| Capitol Infrastructure, LLC | Maesbury Homes, Inc. | Master Community Infrastructure Agreement | Bahama Bay Resort II |
| SmartResort Co., LLC | Bahama Bay II Condominium Association, Inc | Bulk Services Agreement for Bahama Bay II & First Amendment to Bulk Services Agreement | Bahama Bay Resort II |
| Capitol Infrastructure, LLC; SmartResort Co., LLC | Bahama Bay II Condominium Association, Inc | Clearinghouse Agreement | Bahama Bay Resort II |
| Capitol Infrastructure, LLC | Bahama Bay II Condominium Association, Inc | Service Provider Designation Agreement | Bahama Bay Resort II |