# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CAPITOL INFRASTRUCTURE, LLC. *et al.*[1] | Chapter 11<br><br>Case No. 12-11362 (KG)<br><br>Jointly Administered |

## **NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE, that *CISCO SYSTEMS, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO DEBTORS' MOTION FOR ORDER APPROVING ALLOCATION AND DISTRIBUTION OF SALE PROCEEDS [Dkt 860]*, is hereby withdrawn.

Dated: October 3, 2012

                                            WHITE AND WILLIAMS LLP

                                            */s/ James S. Yoder*
                                            James S. Yoder (DE# 2643)
                                            824 N. Market Street, Suite 902
                                            P.O. Box 709
                                            Wilmington, DE 19899-0709
                                            Phone: 302-467-4524
                                            Fax:    302-467-4554
                                            Email:   yoderj@whiteandwilliams.com

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): Accelera Services, LLC (6589); Amenity Broadband, LLC (7012); BA Infrastructure SPE, LLC (6610); Baldwin County Internet/DSSI Service, L.L.C. (8858); Broadstar, LLC (8917); Capitol Broadband Development Company, LLC (4515); Capitol Broadband Management Corporation (4260); Capitol Broadband Ventures, LLC (3976); Capitol Infrastructure, LLC (0323); Capitol Infrastructure CP Funding, LLC (1008); CB Infrastructure SPE, LLC (4470); Infrastructure SPE, LLC (1144); and SmartResort Co., LLC (3706). The Debtors' corporate headquarters is located at 111 Corning Road, Suite 250, Cary, NC 27518.

9994699v.1