**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAPITOL INFRASTRUCTURE, LLC, et al.,[1] | Case No. 12-11362 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 5, 2012 AT 11:00 A.M. (EASTERN TIME)[2]**

**RESOLVED MATTERS**

1.  Notice of Dispute of the CenturyLink Entities Relative to Notice of Filing Equipment Removal List in Connection With Orders Authorizing the Debtors to Reject Certain Executory Contracts, Remove Certain Owned Equipment From Rejected Properties, and Abandon Certain Equipment [Docket No. 735; filed July 17, 2012]

    Response Deadline: July 26, 2012 at 4:00 p.m. (ET)

    Responses: None.

    Related Documents:

    a.  Order Authorizing the Debtors to Reject Certain Executory Contracts, Remove Certain Owned Equipment from Rejected Properties, and Abandon Certain Equipment [Docket No. 705; entered July 5, 2012]

    b.  Order Authorizing the Debtors to Reject Certain Executory Contracts, Remove Certain Owned Equipment from Rejected Properties, and Abandon Certain Equipment [Docket No. 706; entered July 5, 2012]

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): Accelera Services, LLC (6589); Amenity Broadband, LLC (7012); BA Infrastructure SPE, LLC (6610); Baldwin County Internet/DSSI Service, L.L.C. (8858); Broadstar, LLC (8917); Capitol Broadband Development Company, LLC (4515); Capitol Broadband Management Corporation (4260); Capitol Broadband Ventures, LLC (3976); Capitol Infrastructure, LLC (0323); Capitol Infrastructure CP Funding, LLC (1008); CB Infrastructure SPE, LLC (4470); Infrastructure SPE, LLC (1144); and SMARTRESORT CO., L.L.C. (3706).

[2] The hearing will be held before the Honorable Kevin Gross, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the October 5, 2012 hearing must contact CourtCall LLC at (866) 582-6878 by no later than October 4, 2012 at 12:00 p.m. (ET) in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

-1-

c. Notice of Filing Equipment Removal List in Connection With Orders Authorizing the Debtors to Reject Certain Executory Contracts, Remove Certain Owned Equipment From Rejected Properties, and Abandon Certain Equipment [Docket No. 719; filed July 10, 2012]

Status: The Debtors withdraw its Notice of Filing Equipment Removal List (Docket No. 719) solely with respect to the Reunion Property (as defined in the instant Notice of Dispute). No hearing is necessary.

2. Motion of Hotwire Communications, Ltd. (I) to Enforce Sale Order Against Sayan Condominium Association; (II) Sanction Sayan for Contempt for Violations of Sale Order; and (III) Entry of an Order to Pay All of the Costs and Expenses Incurred by Hotwire in Addressing Such Violations [Docket No. 829; filed August 13, 2012]

Objection/Response Deadline: August 27, 2012 at 4:00 p.m. (ET)

Objections/Responses: Informal response from Sayan Condominium Association.

Related Documents: Stipulation Between Hotwire Communications, Ltd. and Sayan Condominium Association Regarding Hotwire's Motion to Enforce Sale Order [Docket No. 901; filed September 6, 2012]

Status: This matter was adjourned from the September 6, 2012 omnibus hearing. Pursuant to the above-noted stipulation, this matter has been resolved.

**CONTINUED MATTERS**

3. Motion of the Debtors for an Order (A) (I) Approving Sale Procedures; (II) Approving a Break-Up Fee and Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Assets; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 11; filed April 27, 2012]

Cure Objection Deadline: May 24, 2012 at 4:00 p.m. (ET)

Sale Objection Deadline: June 7, 2012 at 4:00 p.m. (ET)

Related Documents: None.

Objections/Responses:

a. Dos Lagos Homeowners Association, Inc.'s Limited Objection to Motion for an Order (A)(I) Approving Sale Procedures; (II) Approving a Break-Up Fee and Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Assets; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Assets Free and Clear of Liens, Claims,

Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto and (IV) Granting Related Relief [Docket No. 217; filed May 14, 2012]

    Status: The parties are working on a stipulation resolving this matter. This matter is adjourned to the November 2, 2012 omnibus hearing.

b. Dos Lagos Homeowners Association, Inc.'s Objection to Assumption and Assignment [Docket No. 337; filed May 24, 2012]

    Status: The parties are working on a stipulation resolving this matter. This matter is adjourned to the November 2, 2012 omnibus hearing.

c. Objection of the CenturyLink Entities to (1) Motion for an Order (A)(I) Approving Sale Procedures; (II) Approving a Break-Up Fee and Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Assets; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B) (I) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto and (IV) Granting Related Relief ; (2) Motion for an Order (A)(I) Approving Sales Procedures for Second Assets; (II) Scheduling a Hearing to Consider Sale of Second Assets; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Second Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II )Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto and (IV) Granting Related Relief and; and (3) Related Notices [Docket No. 349; filed May 24, 2012]

    Status: The parties are working on a stipulation resolving this matter and anticipate presenting a stipulation for approval prior to or at the hearing.

d. Independence Place West Fayetteville, LLC's Objection to the Notice of (I) Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 350; filed May 24, 2012]

    Status: This matter has been resolved pursuant to the stipulation filed at Docket No. 949 and approved by the Court. No hearing is necessary.

e. Cisco Systems, Inc.'s Limited Objection and Reservation of Rights to Debtors' Motion Seeking Entry of an Order, Inter Alia, Approving and Authorizing the Assumption and Assignment of Executory Contracts and Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired

-3-

Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 352; filed May 24, 2012]

Status: Cisco Systems, Inc. has advised the Debtors that this objection will be withdrawn.

f. Independence Place Jefferson Park, LLC's Objection to the Notice of (I) Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications Ltd. [Docket No. 353; filed May 24, 2012]

Status: This matter has been resolved pursuant to the stipulation filed at Docket No. 950 and approved by the Court. No hearing is necessary.

g. Latitude on the River Condominium Association, Inc., Latitude One-West Brickell Condominium Association, Inc. and Latitude Riverfront Plaza Master Association, Inc.'s Objection to Assumption and Assignment and Proposed Cure Amount [Docket No. 354; filed May 24, 2012]

Status: This matter is adjourned to the November 2, 2012 omnibus hearing.

h. Windstream Communications, Inc.'s Objection to Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 359; filed May 24, 2012]

Status: The parties are working on a stipulation resolving this matter which they intend to file prior to hearing under certification of counsel.

i. Independence Place West Fayetteville, LLC's Objection to the Notice of Auction Results and Deadline for Remaining Objections Relating to Adequate Assurance of Future Performance [Docket No. 533; filed June 8, 2012]

Status: This matter has been resolved pursuant to the stipulation filed at Docket No. 949 and approved by the Court. No hearing is necessary.

4. Motion for an Order (A) (I) Approving Sale Procedures for Other Assets; (II) Scheduling a Hearing to Consider Sale of Other Assets; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Other Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto and (IV) Granting Related Relief [Docket No. 83; filed May 4, 2012]

Cure Objection Deadline: May 24, 2012 at 4:00 p.m. (ET)

Sale Objection Deadline: June 7, 2012 at 4:00 p.m. (ET)

Related Documents: None.

Objections/Responses:

a.  Dos Lagos Homeowners Association, Inc.'s Limited Objection to Motion for an Order (A)(I) Approving Sale Procedures; (II) Approving a Break-Up Fee and Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Assets; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto and (IV) Granting Related Relief [Docket No. 217; filed May 14, 2012]

    Status: The parties are working on a stipulation resolving this matter. This matter is adjourned to the November 2, 2012 omnibus hearing.

b.  Dos Lagos Homeowners Association, Inc.'s Objection to Assumption and Assignment [Docket No. 337; filed May 24, 2012]

    Status: The parties are working on a stipulation resolving this matter. This matter is adjourned to the November 2, 2012 omnibus hearing.

c.  Objection of the CenturyLink Entities to (1) Motion for an Order (A)(I) Approving Sale Procedures; (II) Approving a Break-Up Fee and Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Assets; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B) (I) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto and (IV) Granting Related Relief ; (2) Motion for an Order (A)(I) Approving Sales Procedures for Second Assets; (II) Scheduling a Hearing to Consider Sale of Second Assets; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Second Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II )Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto and (IV) Granting Related Relief and; and (3) Related Notices [Docket No. 349; filed May 24, 2012]

    Status: The parties are working on a stipulation resolving this matter and anticipate presenting a stipulation for approval prior to or at the hearing.

d.  Independence Place West Fayetteville, LLC's Objection to the Notice of (I) Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 350; filed May 24, 2012]

    Status: This matter has been resolved pursuant to the stipulation filed at Docket

No. 949 and approved by the Court. No hearing is necessary.

e. Cisco Systems, Inc.'s Limited Objection and Reservation of Rights to Debtors' Motion Seeking Entry of an Order, Inter Alia, Approving and Authorizing the Assumption and Assignment of Executory Contracts and Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications, Ltd. [Docket No. 352; filed May 24, 2012]

Status: Cisco Systems, Inc. has advised the Debtors that this objection will be withdrawn.

f. Independence Place Jefferson Park, LLC's Objection to the Notice of (I) Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Proposed Cure Amounts in Connection with Executory Contracts and Unexpired Leases and (III) Requests for Adequate Assurance of Future Performance Concerning Hotwire Communications Ltd. [Docket No. 353; filed May 24, 2012]

Status: This matter has been resolved pursuant to the stipulation filed at Docket No. 950 and approved by the Court. No hearing is necessary.

g. Latitude on the River Condominium Association, Inc., Latitude One-West Brickell Condominium Association, Inc. and Latitude Riverfront Plaza Master Association, Inc.'s Objection to Assumption and Assignment and Proposed Cure Amount [Docket No. 354; filed May 24, 2012]

Status: This matter is adjourned to the November 2, 2012 omnibus hearing.

h. Windstream Communications, Inc.'s Objection to Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 359; filed May 24, 2012]

Status: The parties are working on a stipulation resolving this matter which they intend to file prior to hearing under certification of counsel.

i. Independence Place West Fayetteville, LLC's Objection to the Notice of Auction Results and Deadline for Remaining Objections Relating to Adequate Assurance of Future Performance [Docket No. 533; filed June 8, 2012]

Status: This matter has been resolved pursuant to the stipulation filed at Docket No. 949 and approved by the Court. No hearing is necessary.

5. Latitude on the River Condominium Association, Inc., Latitude One-West Brickell Condominium Association, Inc., and Latitude Riverfront Plaza Master Association, Inc.'s Motion for an Order (I) Confirming That No Stay is in Effect or, in the Alternative, Lifting the Automatic Stay; and (II) Compelling the Removal or Abandonment of the Debtors' Equipment [Docket No. 738; filed July 18, 2012]

Objection/Response Deadline:  August 1, 2012 at 4:00 p.m. (ET)

Objections/Responses:

a. Objection of Hotwire Communications Ltd. to Motion of Latitude on the River Condominium Association, Inc., Latitude One-West Brickell Condominium Association, Inc. and Latitude Riverfront Plaza Master Association, Inc. for an Order (I) Confirming That No Stay is in Effect or, in the Alternative, Lifting the Automatic Stay; and (II) Compelling the Removal or Abandonment of the Debtors' Equipment  [Docket No. 775; filed August 1, 2012]

b. Joinder of Debtors and Debtors in Possession in Objection of Hotwire Communications Ltd. to Motion of Latitude on the River Condominium Association, Inc., Latitude One-West Brickell Condominium Association, Inc. and Latitude Riverfront Plaza Master Association, Inc. for an Order (I) Confirming That No Stay is in Effect or, in the Alternative, Lifting the Automatic Stay; and (II) Compelling the Removal or Abandonment of the Debtors' Equipment [Docket No. 776; filed August 1, 2012]

Related Documents:

a. Latitude on the River Condominium Association, Inc., Latitude One-West Brickell Condominium Association, Inc. and Latitude Riverfront Plaza Master Association, Inc.'s Witness and Exhibit List [Docket No. 800; filed August 6, 2012]

b. Hotwire Communications, Ltd.'s Witness and Exhibit List [Docket No. 807; filed August 7, 2012]

Status:  This matter is adjourned to the November 2, 2012 omnibus hearing.

6. Emergency Motion of Latitude on the River Condominium Association, Inc., Latitude One-West Brickell Condominium Association, Inc., and Latitude Riverfront Plaza Master Association, Inc., and Latitude Riverfront Plaza Master Association, Inc.'s for Entry of an Order (I) Setting a Preliminary Hearing on Lift Stay Motion, (II) Adjourning Hearing on Sale Objection, and (III) Entry of Protective Order Quashing Subpoenas [Docket No. 784; filed August 2, 2012]

Objection/Response Deadline:  August 7, 2012 at 4:00 p.m. (ET)

Objections/Responses:

a. Response of Hotwire Communications, Ltd. to Emergency Motion of Latitude on the River Condominium Association, Inc., Latitude One-West Brickell Condominium Association, Inc. and Latitude Riverfront Plaza Master Association, Inc. for Entry of an Order (I) Setting a Preliminary Hearing on Lift Stay Motion, (II) Adjourning Hearing on Sale Objection, and (III) Entry of Protective Order Quashing Subpoenas [Docket No. 791; filed August 2, 2012]

b.  Joinder Of Debtors And Debtors In Possession In Response Of Hotwire Communications, Ltd. To Emergency Motion Of Latitude On The River Condominium Association, Inc., Latitude One-West Brickell Condominium Association, Inc. And Latitude Riverfront Plaza Master Association, Inc. For Entry Of An Order (I) Setting A Preliminary Hearing On Lift Stay Motion, (II) Adjourning Hearing On Sale Objection, And (III) Entry of Protective Order Quashing Subpoenas [Docket No. 794; filed August 2, 2012]

Related Documents:

a.  Motion of Latitude on the River Condominium Association, Inc., Latitude One-West Brickell Condominium Association, Inc., and Latitude Riverfront Plaza Master Association, Inc. to Shorten Notice with Respect to Emergency Motion of Latitude on the River Condominium Association, Inc. Latitude One-West Brickell Condominium Association, Inc. and Latitude Riverfront Plaza Master Association, Inc.'s for Entry of an Order (I) Setting a Preliminary Hearing on Lift Stay Motion, (II) Adjourning Hearing on Sale Objection, and (III) Entry of Protective Order Quashing Subpoenas [Docket No. 785; filed August 2, 2012]

b.  Order Granting Motion of Latitude on the River Condominium Association, Inc., Latitude One-West Brickell Condominium Association, Inc., and Latitude Riverfront Plaza Master Association, Inc. to Shorten Notice with Respect to Emergency Motion of Latitude on the River Condominium Association, Inc., Latitude One-West Brickell Condominium Association, Inc., and Latitude Riverfront Plaza Master Association, Inc.'s, for Entry of an Order (I)Setting a Preliminary Hearing on Lift Stay Motion, (II) Adjourning Hearing on Sale Objection, and (III) Entry of Protective Order Quashing Subpoenas [Docket No. 795; entered August 6, 2012]

Status:  This matter is adjourned to the November 2, 2012 omnibus hearing.

## UNCONTESTED MATTERS WITH FILED CERTIFICATE OF NO OBJECTION

7.  Motion of the Debtors and Debtors-in-Possession for Entry of an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending Debtors' Exclusive Periods Within Which to File and Solicit Acceptance of a Plan [Docket No. 849; filed August 22, 2012]

    Objection/Response Deadline:  September 10, 2012 at 4:00 p.m. (ET)

    Objections/Responses:  None.

    Related Documents:

    a.  Certificate of No Objection Regarding Motion of the Debtors and Debtors-in-Possession for Entry of an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending Debtors Exclusive Periods Within Which to File and Solicit Acceptance of a Plan [Docket No. 918; filed September 17, 2012]

    Status:   If the Court approves Agenda item #12, this matter will be moot.

8. Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving Employment and Retention of Brinkman Portillo Ronk, PC as Counsel to Creditor's Committee *Nunc Pro Tunc* to August 13, 2012 [Docket No. 906; filed September 12, 2012]

   Objection/Response Deadline:  September 28, 2012 at 4:00 p.m. (ET)

   Objections/Responses:  None.

   Related Documents:

   a. Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving Employment and Retention of Brinkman Portillo Ronk, PC as Counsel to Creditor's Committee *Nunc Pro Tunc* to August 13, 2012 [Docket No. 964; filed October 2, 2012]

   Status:  The proposed counsel to the Committee has filed a certificate of no objection with respect to this matter.  A hearing is only necessary to the extent the Court has any questions or concerns.

9. Application of the Official Committee of Unsecured Creditors to Authorize the Employment and Retention of The Rosner Law Group LLC as Delaware Counsel to Creditor's Committee *Nunc Pro Tunc* to August 23, 2012 [Docket No. 907; filed September 12, 2012]

   Objection/Response Deadline:  September 28, 2012 at 4:00 p.m. (ET)

   Objections/Responses:  None.

   Related Documents:

   a. Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors to Authorize the Employment and Retention of The Rosner Law Group LLC as Delaware Counsel to Creditor's Committee *Nunc Pro Tunc* to August 23, 2012 [Docket No. 965; filed October 2, 2012]

   Status:  The proposed counsel to the Committee has filed a certificate of no objection with respect to this matter.  A hearing is only necessary to the extent the Court has any questions or concerns.

**CONTESTED MATTERS GOING FORWARD**

10. Turnberry Reserve Homeowner's Association, Inc.'s Motion for Rehearing or Relief from Sale Order (Docket No. 608) [Docket No. 682; filed June 28, 2012]

    Objection/Response Deadline:  August 1, 2012 at 4:00 p.m. (ET)

    Objections/Responses/Replies:

-9-

#16808856 v2

a. Debtors' Objection to (I) Motion for Rehearing or Relief from Sale Order and (II) Objection to Cure Amount and Adequate Assurance [Docket No. 777; filed August 1, 2012]

b. Joinder of Hotwire Communications, Ltd. to Debtors' Objection to (I) Motion for Rehearing or Relief from Sale Order and (II) Objection to Cure Amount and Adequate Assurance [Docket No. 779; filed August 1, 2012]

c. Reply of Turnberry Reserve Homeowner's Association, Inc. to Debtors' Objection to (I) Motion for Rehearing of Relief from Sale Order and (II) Objection to Cure Amount and Adequate Assurance [Docket No. 962; filed October 2, 2012]

Related Documents:

a. Turnberry Reserve Homeowner's Association, Inc.'s Objection to Cure Amount and Adequate Assurance [Docket No. 683; filed June 28, 2012]

b. Debtors' Motion to Seal Exhibit to Debtors' Objection to (I) Motion for Rehearing or Relief from Sale Order and (II) Objection to Cure Amount and Adequate Assurance [Docket No. 778; filed August 1, 2012]

Status: This matter is going forward.

11. Motion of the Debtors for Order Approving Allocation and Distribution of Sale Proceeds [Docket No. 831; filed August 13, 2012]

Objection/Response Deadline: August 27, 2012 at 4:00 p.m. (ET) (extended to: (i) September 4, 2012 at 11:00 a.m. for Escambia County; and (ii) September 18, 2012 at 4:00 p.m. for the Official Committee of Unsecured Creditors).

Objections/Responses:

a. Miami-Dade County Tax Collector's Limited Objection to Motion of the Debtors for Order Approving Allocation and Distribution of Sale Proceeds [Docket No. 855; filed August 24, 2012] [RESOLVED]

b. Brevard County, Lake County, Orange County, Polk County, and Osceola County, Florida Tax Collectors' Combined Objection to Motion of the Debtors For Order Approving Allocation and Distribution of Sale Proceeds and Request For Payment in Full of Statutory Liens [Docket No. 856; filed August 27, 2012] [RESOLVED IN PRINCIPLE]

c. Joinder of the Lee County Tax Collector to the Brevard County, Lake County, Orange County, Polk County, and Osceola County, Florida Tax Collectors' Combined Objection to Motion of the Debtors For Order Approving Allocation and Distribution of Sale Proceeds And Request For Payment in Full of Statutory Liens [Docket No. 857; filed August 27, 2012] [RESOLVED IN PRINCIPLE]

d.     Joinder of the Palm Beach County Tax Collector to the Brevard County, Lake County, Orange County, Polk County, and Osceola County, Florida Tax Collectors' Combined Objection to Motion of the Debtors For Order Approving Allocation and Distribution of Sale Proceeds And Request For Payment in Full of Statutory Lien [Docket No. 858; filed August 27, 2012] [RESOLVED IN PRINCIPLE]

e.     Manatee County Tax Collector's Objection to Motion of the Debtors for Order Approving Allocation and Distribution of Sale Proceeds [Docket No. 859; filed August 27, 2012] [RESOLVED IN PRINCIPLE]

f.     Objection of Cypress-Fairbanks Independent School District and Harris County to Motion of the Debtors for Order Approving Allocation and Distribution of Sale Proceeds [Docket No. 861; filed August 27, 2012] [RESOLVED IN PRINCIPLE]

g.     Limited Objection and Reservation of Rights of Alcatel-Lucent USA, Inc. to Debtors Motion for Order Approving Allocation and Distribution of Sale Proceeds [Docket No. 863; filed August 27, 2012] [RESOLVED IN PRINCIPLE]

h.     Official Committee of Unsecured Creditors' Response and Objections to Motion of the Debtors For Order Approving Allocation and Distribution of Sale Proceeds And Request For Payment in Full of Statutory Liens [Docket No. 880; filed August 31, 2012]

i.     Escambia County Tax Collector's Objection to Motion of the Debtors for Order Approving Allocation and Distribution of Sale Proceeds [Docket No. 882; filed September 4, 2012] [RESOLVED]

j.     Official Committee of Unsecured Creditors' Response and Further Objections to Motion of the Debtors for Order Approving Allocation and Distribution of Sale Proceeds [Docket No. 921; filed September 18, 2012]

k.     Official Committee of Unsecured Creditors' Supplemental Response and Further Objections to Motion of the Debtors for Order Approving Allocation and Distribution of Sale Proceeds [Docket No. 951; filed September 28, 2012]

l.     Response of Unicredit Bank AG, New York Branch, to Objections of Official Committee of Unsecured Creditors to Motion of the Debtors for Order Approving Allocation and Distribution of Sale Proceeds [Docket No. 952; filed October 1, 2012]

Related Documents:

a.     Witnesses and Exhibits Offered in Support of Motion of the Debtors for Order Approving Allocation and Distribution of Sale Proceeds [Docket No. 967; filed October 3, 2012]

Status: This matter is going forward.

12. Motion of the Debtors for Order Converting Chapter 11 Cases to Chapter 7 and Staying Pending Litigation [Docket No. 913; filed September 14, 2012]

   Objection/Response Deadline: September 28, 2012 at 4:00 p.m. (ET) (extended to: (i) October 1, 2012 at 4:00 p.m. for the Official Committee of Unsecured Creditors; and (ii) October 2, 2012 at 5:00 p.m. for CenturyLink Entities)

   Objections/Responses:

   a. Official Committee of Unsecured Creditors' Response to Motion of the Debtors to Shorten Time for Motion to Convert to Chapter 7 [Docket No. 920; filed September 18, 2012]

   b. Escambia County Tax Collector's Response to the Debtors' Motion for Conversion Including Motion for Order Authorizing and Directing Payment of Secured Claim on or Prior to Conversion [Docket No. 947; filed September 28, 2012]

   c. Joinder of the Honorable Ken Burton, Jr., Manatee County Tax Collector to Escambia County Tax Collector's Response to the Debtors' Motion for Conversion Including Motion for Order Authorizing and Directing Payment of Secured Claim on or Prior to Conversion [Docket No. 957; filed October 1, 2012]

   Related Documents:

   a. Motion for Order to Shorten Time for and Limit Notice of the Hearing on, and the Deadline to Respond to, Motion of the Debtors for Order Converting Chapter 11 Cases to Chapter 7 and Staying Pending Litigation [Docket No. 915; filed September 14, 2012]

   b. Notice of Motion of the Debtors for Order Converting Chapter 11 Cases to Chapter 7 and Staying Pending Litigation [Docket No. 943; filed September 21, 2012]

   Status: This matter is going forward.

13. Motion of the Debtors for Expedited Consideration of, and to Shorten the Notice Period Applicable to, Debtors' Motion, Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for Approval of Settlement Agreement and Release as Between PFRS Crossroads Corp. and Capitol Broadband, LLC [Docket No. 954; filed October 1, 2012]

   Objections/Responses:

   a. Official Committee of Unsecured Creditors' Response and Objection to Motion of the Debtors for Order Expediting Hearing Regarding Debtors' Motion Pursuant to Rule 9019 [Docket No. 958; filed October 1, 2012]

Related Documents:

a. Motion of the Debtors, Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for Approval of Settlement Agreement and Release as Between PFRS Crossroads Corp. and Capitol Broadband, LLC [Docket No. 953; filed October 1, 2012]

b. Order Denying Motion of the Debtors for Expedited Consideration of, and to Shorten the Notice Period Applicable to, Debtor's Motion for Approval of Settlement Agreement and Release as Between PFRS Crossroads Corp. and Capitol Broadband, LLC [Docket No. 961; entered October 2, 2012]

Status: Pursuant to the above-referenced Order, a hearing on the Debtors' motion to shorten [Docket No. 954] is going forward.

Dated: October 3, 2012
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ James C. Carignan
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
James C. Carignan (DE No. 4230)
John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

*Attorneys for the Debtors and Debtors in Possession*

#16808856 v2