IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| CAPITOL INFRASTRUCTURE, LLC, *et al.*,[1] | : Case No. 12-11362 (KG) |
| | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Related D.I.: 1596** |

## ORDER GRANTING APPLICATION OF JEOFFREY L. BUTCH, CHAPTER 7 TRUSTEE, TO EXPAND COZEN O'CONNOR'S RETENTION FROM SPECIAL COUNSEL TO GENERAL COUNSEL TO THE TRUSTEE

Upon consideration of the Application of Chapter 7 Trustee, Jeoffrey L. Burtch (the "Trustee"), to Expand Cozen O'Connor's ("Cozen") Retention from Special Counsel to General Counsel to the Trustee (the "Application")[2] for the estates of the above captioned debtors (the "Debtors"); and pursuant to the affidavit of Mark E. Felger (the "Felger Affidavit") in support of the Application; and the Bankruptcy Court being satisfied that: (i) Cozen is disinterested as that term is defined in Section 101(14) of the Bankruptcy Code and does not hold or represent any entity having an adverse interest in connection with the Debtors' case, (ii) that retention of Cozen as general counsel to the Trustee is necessary and in the best interests of the estates; (iii) appropriate notice of the Application has been given; and (iv) sufficient cause appears,

IT IS ORDERED THAT:

1. The Application is GRANTED.

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): Accelera Services, LLC (6589); Amenity Broadband, LLC (7012); BA Infrastructure SPE, LLC (6610); Baldwin County Internet/DSSI Service, L.L.C. (8858); Broadstar, LLC (8917); Capitol Broadband Development Company, LLC (4515); Capitol Broadband Management Corporation (4260); Capitol Broadband Ventures, LLC (3976); Capitol Infrastructure, LLC (0323); Capitol Infrastructure CP Funding, LLC (1008); CB Infrastructure SPE, LLC (4470); Infrastructure SPE, LLC (1144); and SMARTRESORT CO., L.L.C. (3706). The Debtors' corporate headquarters was located at 111 Corning Road, Suite 250, Cary, NC 27518.

[2] Capitalized terms shall have the same meaning ascribed to them in the Application.

2. Pursuant to Section 327 of the Bankruptcy Code, the Trustee is hereby authorized and empowered to employ and retain Cozen to serve as general counsel to the Trustee, to provide the services described in the Application on the terms and conditions set forth in the Application and in accordance with Cozen's normal hourly rates and reimbursement policies, as set forth in the Felger Affidavit, effective as of November 13, 2015.

3. Compensation to be paid to Cozen for services to be rendered to the Trustee, plus reimbursement of disbursements provided and incurred in connection with the representation of the Trustee shall be determined by this Bankruptcy Court upon appropriate application therefore in accordance with sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules and/or any applicable regulations and orders of this Bankruptcy Court.

Dated: December 4, 2015

Honorable Kevin Gross
United States Bankruptcy Judge