# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CAPITOL INFRASTRUCTURE, LLC, et al., | ) | Case No. 12-11362 (KG) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON FEBRUARY 27, 2018 AT 3:00 P.M.

### NO MATTERS GOING FORWARD, HEARING CANCELED

MATTERS UNDER CERTIFICATION OF COUNSEL (ORDER ENTERED):

1.  Fifth and Final Fee Application of Cooch And Taylor, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee for the Interim Period From June 1, 2015 Through November 30, 2015 and the Final Period of October 16, 2012 Through November 30, 2015 [Docket No. 1678, Filed 1/23/18].

    Response Deadline: February 13, 2018 at 4:00 p.m.

    Responses Received: Informal Comments from current counsel to the Chapter 7 Trustee

    Related Documents:

    A.  Certification of Counsel Regarding Cooch and Taylor, P.A.'s Fifth and Final Fee Application [Docket No. 1685, Filed 2/16/18]

    B.  Proposed Order with Related Docket No.

    C.  **Order Granting Fifth and Final Fee Application of Cooch and Taylor PA [D.I. 1686, Entered 2/21/2018]**

    Status: The Order has been entered under Certificate of Counsel and the hearing is cancelled with the Court's permission.

Dated: February 22, 2018                                        COOCH AND TAYLOR, P.A.

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): Accelera Services, LLC (6589); Amenity Broadband, LLC (7012); BA Infrastructure SPE, LLC (6610); Baldwin County Internet/DSSI Service, L.L.C. (8858); Broadstar, LLC (8917); Capitol Broadband Development Company, LLC (4515); Capitol Broadband Management Corporation (4260); Capitol Broadband Ventures, LLC (3976); Capitol Infrastructure, LLC (0323); Capitol Infrastructure CP Funding, LLC (1008); CB Infrastructure SPE, LLC (4470); Infrastructure SPE, LLC (1144); and SMARTRESORT CO., L.L.C. (3706).

00531981

        */s/ R. Grant Dick, IV*
R. Grant Dick, IV (No. 5123)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 984-3867
Fax: (302) 984-3939
E-mail: gdick@coochtaylor.com

*Former Counsel to the Chapter 7 Trustee*

00531981                                   2