N THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| CAPITOL INFRASTRUCTURE, LLC, *et al.*,[1] | : | Case No. 12-11362 (KG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 16, 2019 AT 1:00 P.M.

MATTERS GOING FORWARD:

1. Chapter 7 Trustee's First Omnibus Objection To Claims (Non-Substantive) [Docket No. 1710, filed 11/10/2019]

    Objection Deadline: December 2, 2019

    Responses Received:

    a) Informal response regarding Claim No. 293

    Related Documents:

    b) Notice of Submission of Proofs of Claim [Docket No. 1713; filed December 2, 2019]

    c) Certification of Counsel [Docket No. 1716; filed December 11, 2019]

    Status: This matter is going forward.

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): Accelera Services, LLC (6589); Amenity Broadband, LLC (7012); BA Infrastructure SPE, LLC (6610); Baldwin County Internet/DSSI Service, L.L.C. (8858); Broadstar, LLC (8917); Capitol Broadband Development Company, LLC (4515); Capitol Broadband Management Corporation (4260); Capitol Broadband Ventures, LLC (3976); Capitol Infrastructure, LLC (0323); Capitol Infrastructure CP Funding, LLC (1008); CB Infrastructure SPE, LLC (4470); Infrastructure SPE, LLC (1144); and SMARTRESORT CO., L.L.C. (3706). The Debtors' corporate headquarters was located at 111 Corning Road, Suite 250, Cary, NC 27518.

2. Chapter 7 Trustee's Second Omnibus Objection To Claims (Substantive) [Docket No. 1711, filed 11/10/2019]

> Objection Deadline: December 2, 2019
>
> Responses Received:
>
> a) Informal response regarding Claim No. 15 filed in bankruptcy case Capitol Broadband Development Company, LLC Case No. 12-11359
>
> Related Documents:
>
> b) Notice of Submission of Proofs of Claim [Docket No. 1714; filed December 2, 2019]
>
> c) Certification of Counsel [Docket No. 1715; filed December 11, 2019]
>
> Status: This matter is going forward.

Dated: December 12, 2019               Cozen O'Connor

*/s/ Gregory F. Fischer*
Gregory F. Fischer (DE No. 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013 Fax
Email: gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*