**Exhibit A: Amended or Duplicate Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Remaining Claim Number (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Duplicate or Amended Claim to be Disallowed (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Claim Amount | Reason for Disallowance (Also see paragraphs 13-14 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|
| BROWARD COUNTY RECORDS, TAXES & TREASURY DIV.;TAX COLLECTORGOV. CENT.ANX ATTN: LITIGATION SECTION 115 S ANDREWS AVENUE FORT LAUDERDALE, FL 33301 | 282 | 283 | $54,890.67 | Claim number 283 is a duplicate of claim number 282. Claim number 283 should be disallowed. |
| CITY OF MILWAUKEE C/O KOHN LAW FIRM S.C. 735 N. WATER ST., SUITE 1300 MILWAUKEE, WI 53202 | 185 | 190 | $11,248.00 | Claim number 190 is a duplicate of claim number 185. Claim number 190 should be disallowed. |
| COUNTY OF CHATHAM CHATHAM COUNTY TAX COLLECTOR PO BOX 697 PITTSBORO, NC 27312 | 320 | 261 | $7,546.67 | Claim number 261 is amended by claim number 320. Claim number 261 should be disallowed. |
| CYPRESS - FAIRBANKS ISD JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064 HOUSTON, TX 77253-3064 | 428 | 25 | $8,553.40 | Claim number 25 is amended by claim number 428. Claim number 25 should be disallowed. |

| | | Exhibit A: Amended or Duplicate Claims<br>In re: Capitol Infrastructure, LLC, et al.<br>Case No. 12-11362 (KG) | | |
|---|---|---|---|---|
| **Name of Claimant** | **Remaining Claim Number (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted)** | **Duplicate or Amended Claim to be Disallowed (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted)** | **Claim Amount** | **Reason for Disallowance (Also see paragraphs 13-14 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim)** |
| DAVIDSON LAW FIRM<br>C/O STEPHEN L. GERSHNER<br>PO BOX 1300<br>LITTLE ROCK, AR 72203 | 472 | 471 | $30,000.00 | Claim number 471 is amended by claim number 472 Claim number 471 should be disallowed. |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 111<br>SMARTRESORT CO., LLC<br>Case No. 12-11358 | 29<br>SMARTRESORT CO., LLC<br>Case No. 12-11358 | $0.00 | Claim number 29 is amended by claim number 111. Claim number 29 should be disallowed. |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 112<br>Accelera Services, LLC<br>Case No. 12-11361 | 28<br>Accelera Services, LLC<br>Case No. 12-11361 | $38,537.40 | Claim number 28 is amended by claim number 112. Claim number 28 should be disallowed. |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 109 | 27 | $5,000.00 | Claim number 27 is amended by claim number 109. Claim number 27 should be disallowed. |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 110<br>Capitol Broadband Development Co., LLC<br>Case No. 12-11359 | 30<br>Capitol Broadband Development Co., LLC<br>Case No. 12-11359 | $5,000.00 | Claim number 30 is amended by claim number 110. Claim number 30 should be disallowed. |

| Name of Claimant | Remaining Claim Number (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Duplicate or Amended Claim to be Disallowed (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Claim Amount | Reason for Disallowance (Also see paragraphs 13-14 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|
| DOUGLAS COUNTY TAX COMMISSIONER P.O. BOX 1177 DOUGLASVILLE, GA 30133 | 408 | 230 | $9,745.24 | Claim number 230 is amended by claim number 408. Claim number 230 should be disallowed. |
| FRUSCIENTE, TIMOTHY 440 EAST BAY STREET 440 EAST BAY STREET JACKSONVILLE, FL 32202 | 285 | 286 | $100.00 | Claim number 286 is a duplicate of claim number 285. Claim number 286 should be disallowed. |
| HARRIS COUNTY, ET AL JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064 HOUSTON, TX 77253-3064 | 429 | 26 | $81,532.59 | Claim number 26 is amended by claim number 429. Claim number 26 should be disallowed. |
| LEE COUNTY TAX COLLECTOR C/O LEGAL DEPARTMENT PO BOX 850 FORT MYERS, FL 33902-0850 | 328 | 90 | $3,620.59 | Claim number 90 is amended by claim number 328. Claim number 90 should be disallowed. |

Exhibit A: Amended or Duplicate Claims
In re: Capitol Infrastructure, LLC, et al.
Case No. 12-11362 (KG)

**Exhibit A: Amended or Duplicate Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Remaining Claim Number (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Duplicate or Amended Claim to be Disallowed (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Claim Amount | Reason for Disallowance (Also see paragraphs 13-14 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT C/O ANDREA SHEEHAN LAW OFFICES OF ROBERT E. LUNA, P.C. 4411 NORTH CENTRAL EXPRESSWAY DALLAS, TX 75205 | 426 | 164 | $23,875.61 | Claim number 164 is amended by claim number 426. Claim number 164 should be disallowed. |
| MARICOPA COUNTY TREASURER LORI A. LEWIS MARICOPA COUNTY ATTORNEY'S OFFICE 222 N. CENTRAL AVENUE, SUITE 1100 PHOENIX, AZ 85004 | 260 | 62 | $9,404.08 | Claim number 62 is amended by claim number 260. Claim number 62 should be disallowed. |
| MECKLENBURG COUNTY NC TAX COLLECTOR OFFICE OF THE TAX COLLECTOR TAX BANKRUPTCY SECTION PO BOX 31637 CHARLOTTE, NC 28231-1637 | 422 | 162 | $7,289.49 | Claim number 162 is amended by claim number 422. Claim number 162 should be disallowed. |

**Exhibit A: Amended or Duplicate Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Remaining Claim Number (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Duplicate or Amended Claim to be Disallowed (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Claim Amount | Reason for Disallowance (Also see paragraphs 13-14 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|
| MIAMI-DADE COUNTY TAX COLLECTOR MIAMI-DADE COUNTY BANKRUPTCY UNIT 140 WEST FLAGLER STREET, SUITE 1403 MIAMI, FL 33130 | 1 | 12 | $423,583.57 | Claim number 12 is a duplicate of claim number 1. Claim number 12 should be disallowed. |
| MISSISSIPPI DEPARTMENT OF REVENUE (ADMINISTRATIVE) BANKRUPTCY SECTION PO BOX 22808 JACKSON, MS 39225-2808 | 466 | 459 | $0.00 | Claim number 459 is amended by claim number 466. Claim number 459 should be disallowed. |
| MISSISSIPPI DEPARTMENT OF REVENUE (ADMINISTRATIVE) BANKRUPTCY SECTION PO BOX 22808 JACKSON, MS 39225-2808 | 467 | 463 | $0.00 | Claim number 463 is amended by claim number 467 Claim number 463 should be disallowed. |
| PASCO COUNTY TAX COLLECTOR MIKE OLSON PO BOX 276 DADE CITY, FL 33526-0276 | 330 | 216 | $2,860.26 | Claim number 216 is amended by claim number 330. Claim number 216 should be disallowed. |

| Name of Claimant | Remaining Claim Number (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Duplicate or Amended Claim to be Disallowed (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Claim Amount | Reason for Disallowance (Also see paragraphs 13-14 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|
| PASCO COUNTY TAX COLLECTOR MIKE OLSON PO BOX 276 DADE CITY, FL 33526-0276 | 331 | 217 | $3,265.90 | Claim number 217 is amended by claim number 331. Claim number 217 should be disallowed. |
| PASCO COUNTY TAX COLLECTOR MIKE OLSON PO BOX 276 DADE CITY, FL 33526-0276 | 332 | 214 | $1,499.62 | Claim number 214 is amended by claim number 332. Claim number 214 should be disallowed. |
| PASCO COUNTY TAX COLLECTOR MIKE OLSON PO BOX 276 DADE CITY, FL 33526-0276 | 333 | 215 | $683.92 | Claim number 215 is amended by claim number 333. Claim number 215 should be disallowed. |
| PDI COMMUNICATIONS INC (ADMINISTRATIVE) C/O CHRISTOPHER LOIZIDES 1225 KING STREET SUITE 800 WILMINGTON, DE 19801 | 178 | 421 | $141,352.38 | Claim number 421 is a duplicate of claim number 178. Claim number 421 should be disallowed. |
| POLK COUNTY TAX COLLECTOR PO BOX 308 COLUMBUS, NC 28722 | 363 | 43 | $13,476.30 | Claim number 43 is amended by claim number 363. Claim number 43 should be disallowed. |

## Exhibit A: Amended or Duplicate Claims
### In re: Capitol Infrastructure, LLC, et al.
### Case No. 12-11362 (KG)

| Name of Claimant | Remaining Claim Number (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Duplicate or Amended Claim to be Disallowed (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Claim Amount | Reason for Disallowance (Also see paragraphs 13-14 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|
| SHELBY COUNTY TRUSTEE PO BOX 2751 MEMPHIS, TN 38101-2751 | 153 Capitol Infrastructure CP Funding, LLC 12-11356 | 72 Capitol Infrastructure CP Funding, LLC 12-11356 | $0.00 | Claim number 72 is amended by claim number 153. Claim number 72 should be disallowed. |
| SHELBY COUNTY TRUSTEE PO BOX 2751 MEMPHIS, TN 38101-2751 | 334 | 154 | $1,473.73 | Claim number 154 is amended by claim number 334. Claim number 154 should be disallowed. |
| SHELBY COUNTY TRUSTEE PO BOX 2751 MEMPHIS, TN 38101-2751 | 335 | 152 | $3,662.00 | Claim number 152 is amended by claim number 335. Claim number 152 should be disallowed. |
| SOUTHERN CALIFORNIA EDISON COMPANY ATTENTION: CREDIT AND PAYMENT SERVICES 1551 W. SAN BERNARDINO RD. COVINA, CA 91722 | 290 | 13 | $34,336.45 | Claim number 13 is amended by claim number 290. Claim number 13 should be disallowed. |
| SOUTHERN CALIFORNIA EDISON COMPANY ATTENTION: CREDIT AND PAYMENT SERVICES 1551 W. SAN BERNARDINO RD. COVINA, CA 91722 | 13 | 8 | $10,406.98 | Claim number 8 is amended by claim number 13. Claim number 8 should be disallowed. |

## Exhibit A: Amended or Duplicate Claims
## In re: Capitol Infrastructure, LLC, et al.
## Case No. 12-11362 (KG)

| Name of Claimant | Remaining Claim Number (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Duplicate or Amended Claim to be Disallowed (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Claim Amount | Reason for Disallowance (Also see paragraphs 13-14 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY ATTENTION: CREDIT AND PAYMENT SERVICES 1551 W. SAN BERNARDINO RD. COVINA, CA 91722 | 325 | 290 | $34,336.45 | Claim number 290 is superseded by later filed claim 325. Claim number 290 should be disallowed. |
| SPRING INDEPENDENT SCHOOL DISTRICT CARL O. SANDIN PERDUE BRANDON FIELDER COLLINS MOTT, LLP 1235 NORTH LOOP WEST, SUITE 600 HOUSTON, TX 77008 | 453 | 2 | $35,022.02 | Claim number 2 is amended by claim number 453. Claim number 2 should be disallowed. |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE FREDERICK F. RUDZIK - CLAIMANTS ATTORNEY BANKRUPTCY SECTION POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 222 Accelera Services, LLC Case No. 12-11361 | 64 Accelera Services, LLC Case No. 12-11361 | $16,448.42 | Claim number 64 is amended by claim number 222. Claim number 64 should be disallowed. |

**Exhibit A: Amended or Duplicate Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Remaining Claim Number (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Duplicate or Amended Claim to be Disallowed (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Claim Amount | Reason for Disallowance (Also see paragraphs 13-14 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|
| STATE OF LOUISIANA DEPARTMENT OF REVENUE PO BOX 66658 BATON ROUGE, LA 70896 | 148 | 149 | $127.44 | Claim number 149 is a duplicate of claim number 148. Claim number 149 should be disallowed. |
| STATE OF MICHIGAN,DEPARTMENT OF TREASURY HEATHER L. DONALD, ASS. ATTNY. GENERAL CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT, MI 48202 | 192 Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | 117 Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | $4,074.57 | Claim number 117 is amended by claim number 192. Claim number 117 should be disallowed. |
| STATE OF MICHIGAN,DEPARTMENT OF TREASURY HEATHER L. DONALD, ASS. ATTNY. GENERAL CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT, MI 48202 | 193 Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | 116 Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | $11,403.91 | Claim number 116 is amended by claim number 193. Claim number 116 should be disallowed. |

**Exhibit A: Amended or Duplicate Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Remaining Claim Number (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Duplicate or Amended Claim to be Disallowed (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Claim Amount | Reason for Disallowance (Also see paragraphs 13-14 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|
| STATE OF MICHIGAN,DEPARTMENT OF TREASURY HEATHER L. DONALD, ASS. ATTNY. GENERAL CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT, MI 48202 | 194 Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | 115 Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | $2,625.00 | Claim number 115 is amended by claim number 194. Claim number 115 should be disallowed. |
| TRAVIS COUNTY C/O KAY D. BROCK P.O. BOX 1748 AUSTIN, TX 78767 | 450 | 256 | $22,883.01 | Claim number 256 is amended by claim number 450. Claim number 256 should be disallowed. |
| UNIVERSAL SERVICE ADMINISTRATIVE CO. ATTN: DAVID CAPOZZI, ACTING GENERAL COUN OFFICE OF THE GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON, DC 20036 | 242 SMARTRESORT CO., LLC Case No. 12-11358 | 96 SMARTRESORT CO., LLC Case No. 12-11358 | $62,856.74 | Claim number 96 is amended by claim number 242. Claim number 96 should be disallowed. |

**Exhibit A: Amended or Duplicate Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Remaining Claim Number (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Duplicate or Amended Claim to be Disallowed (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Claim Amount | Reason for Disallowance (Also see paragraphs 13-14 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|
| UNIVERSAL SERVICE ADMINISTRATIVE CO. ATTN: DAVID CAPOZZI, ACTING GENERAL COUN OFFICE OF THE GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON, DC 20036 | 243 SMARTRESORT CO., LLC Case No. 12-11358 | 93 SMARTRESORT CO., LLC Case No. 12-11358 | $39,603.00 | Claim number 93 is amended by claim number 243. Claim number 93 should be disallowed. |
| UNIVERSAL SERVICE ADMINISTRATIVE CO. ATTN: DAVID CAPOZZI, ACTING GENERAL COUN OFFICE OF THE GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON, DC 20036 | 240 Broadstar, LLC Case No. 12-11363 | 94 Broadstar, LLC Case No. 12-11363 | $60,168.22 | Claim number 94 is amended by claim number 240. Claim number 94 should be disallowed. |
| UNIVERSAL SERVICE ADMINISTRATIVE CO. ATTN: DAVID CAPOZZI, ACTING GENERAL COUN OFFICE OF THE GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON, DC 20036 | 241 Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | 97 Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | $997.75 | Claim number 97 is amended by claim number 241. Claim number 97 should be disallowed. |

**Exhibit A: Amended or Duplicate Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Remaining Claim Number (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Duplicate or Amended Claim to be Disallowed (filed against Capitol Infrastructure, LLC, Case No. 12-11362, unless otherwise noted) | Claim Amount | Reason for Disallowance (Also see paragraphs 13-14 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|
| UNIVERSAL SERVICE ADMINISTRATIVE CO. ATTN: DAVID CAPOZZI, ACTING GENERAL COUNSEL; OFFICE OF THE GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON, DC 20036 | 7 SMARTRESORT CO., LLC Case No. 12-11358 | 242 SMARTRESORT CO., LLC Case No. 12-11358 | $423.41 | Claim number 242 is amended by claim number 7. Claim number 242 should be disallowed. |

1

**Exhibit B: Wrong Debtor Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number | Claim Amount | Debtor (as filed) | Correct Debtor | Reason for Modification (Also see paragraphs 15-16 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| ADVANCED MEDIA TECHNOLOGIES, INC. KAREN B. SENDYK ITOCHU INTERNATIONAL INC. 335 MADISON AVENUE NEW YORK, NY 10017 | 350 | $98,381.51 | Capitol Infrastructure, LLC Case No. 12-11362 | Capitol Broadband Development Co., LLC Case No. 12-11359 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Capitol Broadband Development Company, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| ALYRICA NETWORKS, INC. 521 N. 19TH, SUITE B PHILOMATH, OR 97370 | 284 | $17,970.12 | Capitol Infrastructure, LLC Case No. 12-11362 | Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Baldwin County Internet/DSSI Service, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| ARKANSAS DEPARTMENT OF FINANCE (ADMINISTRATIVE) & ADMINISTRATION P.O. BOX 1272, ROOM 2380 LITTLE ROCK, AR 72203-1272 | 298 | $2,117.42 | Capitol Infrastructure, LLC Case No. 12-11362 | SMARTRESORT CO., LLC Case No. 12-11358 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor SMARTRESORT CO., LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |

**Exhibit B: Wrong Debtor Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number | Claim Amount | Debtor (as filed) | Correct Debtor | Reason for Modification (Also see paragraphs 15-16 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| AT&T CORP %AT&T SERVICES, INC JAMES GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 140 | $35,401.41 | Capitol Infrastructure, LLC Case No. 12-11362 | Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Baldwin County Internet/DSSI Service, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| BELLSOUTH TELECOMMUNICATIONS, INC. %AT&T SERVICES, INC. JAMES GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 157 | $2,154.31 | Capitol Infrastructure, LLC Case No. 12-11362 | $208.27 Capitol Infrastructure, LLC Case No. 12-11362 $1,946.04 Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with specific debtors as indicated in Column E. This claim should be reassigned to the appropriate Debtors' estates as evidenced by the claim's supporting documentation, in the amounts as shown in Column E. |
| CAROLINA CATV CONTRACTORS, INC. PO BOX 175 HAMPSTEAD, NC 28443 0175 | 4 | $14,241.37 | Capitol Infrastructure CP Funding, LLC Case No. 12-11356 | Capitol Infrastructure, LLC Case No. 12-11362 | This claim was filed against the estate of Capitol Infrastructure CP Funding, LLC. The documents supporting the claim, however, evidence transactions with Debtor Capitol Infrastructure, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| CITY OF COLORADO SPRINGS SALES TAX KYLE SAUER, ESQ COLORADO SPRINGS CITY ATTY OFFICE 30 S. NEVADA, STE.501 COLORADO SPRINGS, CO 80903 | 343** | $165.75 | Capitol Infrastructure, LLC Case No. 12-11362 | Broadstar, LLC Case No. 12-11363 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Broadstar, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. This claim also appears on the Trustee's Second Omnibus Objection to Claims, Exhibit A. |

**Exhibit B: Wrong Debtor Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number | Claim Amount | Debtor (as filed) | Correct Debtor | Reason for Modification (Also see paragraphs 15-16 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| CNP UTILITY DISTRICT TED A. COX, P.C. 1225 WEST 34TH HOUSTON, TX 77018 | 318 | $6,060.21 | Capitol Infrastructure, LLC Case No. 12-11362 | Capitol Broadband Development Co., LLC Case No. 12-11359 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Capitol Broadband Development Company, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| COX COMMUNICATIONS ARIZONA LLC (ADMINISTRATIVE) 1400 LAKE HEARN DRIVE, NE ATLANTA, GA 30319 ATTN: VICE PRESIDENT, LEGAL OPERATIONS | 440 | $6,437.42 | Capitol Infrastructure, LLC Case No. 12-11362 | Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Baldwin County Internet/DSSI Service, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| COX COMMUNICATIONS GULF COAST, LLC C/O WINDY HILLMAN 999 PEACHTREE STREET NE, 26TH FLOOR ATLANTA, GA 30309 | 380 | $13,065.50 | Capitol Infrastructure, LLC Case No. 12-11362 | Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Baldwin County Internet/DSSI Service, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| FAIRPOINT COMMUNICATIONS 521 EAST MOREHEAD STREET CHARLOTTE, NC 28202 | 300 | $5,273.20 | Capitol Infrastructure, LLC Case No. 12-11362 | Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Baldwin County Internet/DSSI Service, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |

**Exhibit B: Wrong Debtor Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number | Claim Amount | Debtor (as filed) | Correct Debtor | Reason for Modification (Also see paragraphs 15-16 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| FLAGLER COUNTY TAX COLLECTOR SUZANNE JOHNSTON PO BOX 846 BUNNELL, FL 32110 | 395 | $307.82 | Capitol Infrastructure, LLC Case No. 12-11362 | SMARTRESORT CO., LLC Case No. 12-11358 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor SMARTRESORT CO., LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| FLAGLER COUNTY TAX COLLECTOR SUZANNE JOHNSTON PO BOX 846 BUNNELL, FL 32110 | 396 | $436.20 | Capitol Infrastructure, LLC Case No. 12-11362 | SMARTRESORT CO., LLC Case No. 12-11358 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor SMARTRESORT CO., LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| FLAGLER COUNTY TAX COLLECTOR SUZANNE JOHNSTON PO BOX 846 BUNNELL, FL 32110 | 397 | $307.82 | Capitol Infrastructure, LLC Case No. 12-11362 | SMARTRESORT CO., LLC Case No. 12-11358 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor SMARTRESORT CO., LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| FLAGLER COUNTY TAX COLLECTOR SUZANNE JOHNSTON PO BOX 846 BUNNELL, FL 32110 | 398 | $307.82 | Capitol Infrastructure, LLC Case No. 12-11362 | SMARTRESORT CO., LLC Case No. 12-11358 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor SMARTRESORT CO., LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |

| Name of Claimant | Claim Number | Claim Amount | Debtor (as filed) | Correct Debtor | Reason for Modification (Also see paragraphs 15-16 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| GWINNETT COUNTY TAX COMMISSIONER P.O. BOX 372 LAWRENCEVILLE, GA 30046 | 403 | $16,348.76 | Capitol Infrastructure, LLC Case No. 12-11362 | Capitol Broadband Development Co., LLC Case No. 12-11359 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Capitol Broadband Development Company, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| INCORPORATING SERVICES, LTD. 3500 SOUTH DUPONT HWY DOVER, DE 19901 | 347 | $8,055.00 | Capitol Infrastructure, LLC Case No. 12-11362 | $2,185.00 Capitol Infrastructure, LLC Case No. 12-11362 <br><br> $2,125.00 SMARTRESORT CO. LLC Case No. 12-11358 <br><br> $85.00 Amenity Broadband, LLC Case No. 12-11360 <br><br> $1,955.00 Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 <br><br> $1,870.00 Broadstar, LLC Case No. 12-11363 <br><br> $1,190.00 Capitol Broadband Management Corporation Case No. 12-11393 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with specific debtors as indicated in Column E. Note that the supporting invoices evidence a total claim amount higher than that claimed on the face of the Proof of Claim. This claim should be reassigned to the appropriate Debtors' estates as evidenced by the claim's supporting documentation, in the amounts as shown in Column E. |

**Exhibit B: Wrong Debtor Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number | Claim Amount | Debtor (as filed) | Correct Debtor | Reason for Modification (Also see paragraphs 15-16 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| INTERACTIVE CONTACT SOLUTIONS, INC. C/O LARA FERNANDEZ, ESQ. TRENAM KEMKER P.O. BOX 1102 TAMPA, FL 33601 | 354 | $465,869.46 | Capitol Infrastructure, LLC Case No. 12-11362 | Capitol Broadband Development Co., LLC Case No. 12-11359 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Capitol Broadband Development Company, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| LAMBERTS CABLE SPLICING CO., LLC C/O TOMMY LAMBERT, PRESIDENT 2521 SOUTH WESLEYAN BOULEVARD ROCKY MOUNT, NC 27803 | 462 | $35,000.00 | Capitol Infrastructure, LLC Case No. 12-11362 | Capitol Broadband Development Co., LLC Case No. 12-11359 | This claim was filed against the estate of Capitol Infrastructure, LLC for amounts paid on settlement of an avoidance action under Section 547 of the Bankruptcy Code, the underlying transactions for which occured with Debtor Capitol Broadband Development Company, LLC. This claim should be reassigned to the appropriate Debtor's estate. |
| LINGUISTIC SYSTEMS, INC. 201 BROADWAY CAMBRIDGE, MA 02139 | 352 | $153.75 | Capitol Infrastructure, LLC Case No. 12-11362 | Capitol Broadband Development Co., LLC Case No. 12-11359 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Capitol Broadband Development Company, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| MISSOURI DEPARTMENT OF REVENUE (ADMINISTRATIVE) PO BOX 475 JEFFERSON CITY , MO 65105 | 5 | $102.25 | Accelera Services, LLC Case No. 12-11361 | Capitol Broadband Development Company, LLC Case No. 12-11359 | This claim was filed against the estate of Accelera Services, LLC. The documents supporting the claim, however, evidence transactions with Debtor Capitol Broadband Development Company, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |

| Name of Claimant | Claim Number | Claim Amount | Debtor (as filed) | Correct Debtor | Reason for Modification (Also see paragraphs 15-16 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| MISSOURI DEPARTMENT OF REVENUE (ADMINISTRATIVE) STEVEN A. GINTHER GENERAL COUNSEL'S OFFICE 301 W. HIGH STREET, ROOM 670 P.O. BOX 475 JEFFERSON CITY, MO 65105 | 437 | -- | Capitol Infrastructure, LLC Case No. 12-11362 | $52.55 SMARTRESORT CO., LLC Case No. 12-11358 $540.45 Capitol Broadband Development Co., LLC Case No. 12-11359 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with specific debtors as indicated in Column E. This claim should be reassigned to the appropriate Debtors' estates as evidenced by the claim's supporting documentation, in the amounts as shown in Column E. |
| OHIO UTILITIES PROTECTION SERVICE P.O. BOX 76786 CLEVELAND, OH 44101-6500 | 341 | $538.20 | Capitol Infrastructure, LLC Case No. 12-11362 | Accelera Services, LLC Case No. 12-11361 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Accelera Services, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| OLINE PRICE ACTA REVENUE COMMISSIONER PO BOX 2413 LEE COUNTY AL 36801 | 1 | $637.20 | Capitol Infrastructure CP Funding, LLC Case No. 12-11356 | Capitol Infrastructure, LLC Case No. 12-11362 | This claim was filed against the estate of Capitol Infrastructure CP Funding, LLC. The documents supporting the claim, however, evidence transactions with Debtor Capitol Infrastructure, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| OLINE PRICE ACTA REVENUE COMMISSIONER PO BOX 2413 LEE COUNTY AL 36801 | 2 | $864.00 | Capitol Infrastructure CP Funding, LLC Case No. 12-11356 | Capitol Infrastructure, LLC Case No. 12-11362 | This claim was filed against the estate of Capitol Infrastructure CP Funding, LLC. The documents supporting the claim, however, evidence transactions with Debtor Capitol Infrastructure, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |

**Exhibit B: Wrong Debtor Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number | Claim Amount | Debtor (as filed) | Correct Debtor | Reason for Modification (Also see paragraphs 15-16 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| OLINE PRICE ACTA REVENUE COMMISSIONER PO BOX 2413 LEE COUNTY AL 36801 | 3 | $1,254.96 | Capitol Infrastructure CP Funding, LLC Case No. 12-11356 | Capitol Infrastructure, LLC Case No. 12-11362 | This claim was filed against the estate of Capitol Infrastructure CP Funding, LLC. The documents supporting the claim, however, evidence transactions with Debtor Capitol Infrastructure, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| PACE INTERNATIONAL 3582 TECHNOLOGY DRIVE, NW P.O. BOX 6937 ROCHESTER, MN 55903 | 362 | $305,645.07 | Capitol Infrastructure, LLC Case No. 12-11362 | $255,819.67 SMARTRESORT CO. LLC Case No. 12-11358 $49,825.40 Capitol Infrastructure, LLC Case No. 12-11362 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with specific debtors as indicated in Column E. This claim should be reassigned to the appropriate Debtors' estates as evidenced by the claim's supporting documentation, in the amounts as shown in Column E. |
| PERFECTVISION MANUFACTURING, INC. C/O STEPHEN L. GERSHNER PO BOX 1300 LITTLE ROCK, AR 72203 | 472 | $30,000.00 | Capitol Infrastructure, LLC Case No. 12-11362 | $15,793.21 Capitol Broadband Development Company, LLC Case No. 12-11359 $14,206.79 Broadstar, LLC Case No. 12-11363 | This claim was filed against the estate of Capitol Infrastructure, LLC for amounts paid on settlement of an avoidance action under Section 547 of the Bankruptcy Code, the underlying transactions for which occurred with the Debtors as indicated in Column E. The Trustee has apportioned the claim amount consistent with the amounts identified on the Complaint and the resulting settlement, as indicated in Column E. This claim should be reassigned to the appropriate Debtor's estate. |
| PROPERTY TAX CONSULTANTS LTD 1484 E. HALLANDALE BEACH BLVD HALLANDALE BEACH, FL 33009 | 277 | $25,535.00 | Capitol Infrastructure, LLC Case No. 12-11362 | Capitol Broadband Development Company, LLC Case No. 12-11359 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Capitol Broadband Development Company, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |

**Exhibit B: Wrong Debtor Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number | Claim Amount | Debtor (as filed) | Correct Debtor | Reason for Modification (Also see paragraphs 15-16 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| RESOLVIT RESOURCES, LLC 8000 TOWERS CRESCENT DRIVE SUITE 1100 VIENNA, VA 22182 | 464 | $10,140.00 | Capitol Infrastructure, LLC Case No. 12-11362 | Capitol Broadband Development Co., LLC Case No. 12-11359 | This claim was filed against the estate of Capitol Infrastructure, LLC for amounts paid on settlement of an avoidance action under Section 547 of the Bankruptcy Code, the underlying transactions for which occured with Debtor Capitol Broadband Development Company, LLC. This claim should be reassigned to the appropriate Debtor's estate. |
| ROMEO, WIGGINS & CO., LLP STACY L. NEWMAN, ESQ. ASHBY & GEDDES, P.A. 500 DELAWARE AVENUE, 8TH FLOOR WILMINGTON, DE 19801 | 15 SMARTRESORT CO. LLC Case No. 12-11358  6 Accelera Services, LLC Case No. 12-11361  469 Capitol Infrastructure, LLC Case No. 12-11362 | $20,000.00 | Broadstar, LLC Case No. 12-11363 SMARTRESORT CO., LLC Case No. 12-11358 Accelera Services, LLC Case No. 12-11361 | $5,884.21 Broadstar, LLC Case No. 12-11363 $5,659.37 SMARTRESORT CO., LLC Case No. 12-11358 $8,456.42 Accelera Services, LLC Case No. 12-11361 | This claim was filed against the estates of the Debtors identified in Columns B and D for amounts paid on settlement of an avoidance action under Section 547 of the Bankruptcy Code, the underlying transactions for which occured with the Debtors as indicated in Column E. The Trustee has apportioned the claim amount consistent with the amounts identified on the Complaint and the resulting settlement, as indicated in Column E. This claim should be reassigned to the appropriate Debtor's estates. |
| SC DEPARTMENT OF REVENUE (ADMINISTRATIVE) PO BOX 12265 COLUMBIA, SC | 458 | $4,397.87 | Capitol Infrastructure, LLC Case No. 12-11362 | SMARTRESORT CO., LLC Case No. 12-11358 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor SMARTRESORT CO., LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |

| Name of Claimant | Claim Number | Claim Amount | Debtor (as filed) | Correct Debtor | Reason for Modification (Also see paragraphs 15-16 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| SC DEPARTMENT OF REVENUE PO BOX 12265 COLUMBIA, SC | 457 | $11,156.19 | Capitol Infrastructure, LLC Case No. 12-11362 | SMARTRESORT CO., LLC Case No. 12-11358 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor SMARTRESORT CO., LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| SPANGLISH UNLIMITED, INC. 4816 SIX FORKS ROAD SUITE 204 RALEIGH, NC 27609 | 295 | $617.74 | Capitol Infrastructure, LLC Case No. 12-11362 | Capitol Broadband Development Co., LLC Case No. 12-11359 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Capitol Broadband Development Company, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| SPORTSOUTH NETWORK II, LLC 10201 W. PICO BLVD., BLDG. 103/3147 LOS ANGELES, CA 90064 | 378 | $5,820.20 | Capitol Infrastructure, LLC Case No. 12-11362 | Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Baldwin County Internet/DSSI Service, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| SPORTSOUTH NETWORK II, LLC AKA FOX SPORTS NET SOUTH 10201 W. PICO BLVD., BLDG. 103/3147 LOS ANGELES, CA 90064 | 379 | $88,346.93 | Capitol Infrastructure, LLC Case No. 12-11362 | Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Baldwin County Internet/DSSI Service, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |

**Exhibit B: Wrong Debtor Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number | Claim Amount | Debtor (as filed) | Correct Debtor | Reason for Modification (Also see paragraphs 15-16 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| TELXLOS ANGELES LLC C/O THE TELX GROUP INC ATTN: LEGAL DEPARTMENT 1 STATE STREET 21ST FLOOR NEW YORK, NY 10004 | 346 | $6,702.22 | Capitol Infrastructure, LLC Case No. 12-11362 | Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Baldwin County Internet/DSSI Service, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| THE TRAVEL CHANNEL LLC (ADMINISTRATIVE) 5425 WISCONSIN AVE SUITE 500 CHEVY CHASE, MD 20815 | 434 | $372.77 | Capitol Infrastructure, LLC Case No. 12-11362 | Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Baldwin County Internet/DSSI Service, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| TURNER NETWORK SALES, INC. C/O DAVID VIGILANTE ONE CNN CENTER, 13N ATLANTA, GA 30303 | 386 | $7,976.66 | Capitol Infrastructure, LLC Case No. 12-11362 | Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Baldwin County Internet/DSSI Service, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| TW TELECOM HOLDINGS, INC. 10475 PARK MEADOWS DR, LITTLETON, CO 80124 | 265 | $11,826.39 | Capitol Infrastructure, LLC Case No. 12-11362 | Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Baldwin County Internet/DSSI Service, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |

**Exhibit B: Wrong Debtor Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number | Claim Amount | Debtor (as filed) | Correct Debtor | Reason for Modification (Also see paragraphs 15-16 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| U.S. TELEPACIFIC J. SCOTT BOVITZ, ESQ. BOVITZ & SPITZER 800 WEST FIRST STREET, SUITE 502 LOS ANGELES, CA 90012 | 476 | $8,577.22 | Capitol Infrastructure, LLC Case No. 12-11362 | Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Baldwin County Internet/DSSI Service, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| US BANK NA D/B/A US BANK EQUIPMENT FINANCE 1310 MADRID STREET MARSHALL, MN 56258 | 137 | $6,145.50 | Capitol Infrastructure CP Funding, LLC Case No. 12-11356 | Capitol Infrastructure, LLC Case No. 12-11362 | This claim was filed against the estate of Capitol Infrastructure CP Funding, LLC. The documents supporting the claim, however, evidence transactions with Debtor Capitol Infrastructure, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. This claim also appears on the Trustee's Second Omnibus Objection to Claims, Exhibit A. |
| US SIGNAL COMPANY (ADMINISTRATIVE) ATTN: JODI MITTS OR JOANNA SHAW 201 IONIA AVENUE SW GRAND RAPIDS, MI 49503 | 410 | $5,090.90 | Capitol Infrastructure, LLC Case No. 12-11362 | Baldwin County Internet/DSSI Service, LLC Case No. 12-11364 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Baldwin County Internet/DSSI Service, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| USIC LOCATING SERVICES, INC. ATTN: JENNIFER FRASIER, ESQUIRE 9045 N. RIVER ROAD, SUITE 300 INDIANAPOLIS, IN 46240 | 384 | $4,033.08 | Capitol Infrastructure, LLC Case No. 12-11362 | Accelera Services, LLC Case No. 12-11361 | This claim was filed against the estate of Capitol Infrastructure, LLC. The documents supporting the claim, however, evidence transactions with Debtor Accelera Services, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |

**Exhibit B: Wrong Debtor Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number | Claim Amount | Debtor (as filed) | Correct Debtor | Reason for Modification (Also see paragraphs 15-16 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| WYRICK ROBBINS YATES & PONTON, LLP C/O JAMES M. YATES, JR. THE SUMMIT 4101 LAKE BOONE TRAIL, SUITE 300 RALEIGH, NC 27607 | 470 | $54,000.00 | Capitol Infrastructure, LLC Case No. 12-11362 | $53,759.76 Capitol Infrastructure, LLC Case No. 12-11362 $240.24 Accelera Services, LLC Case No. 12-11361 | This claim was filed against the estate of Capitol Infrastructure, LLC for amounts paid on settlement of a demand letter for return of potention preferential transfers, the underlying transactions for which occured with the Debtors as indicated in Column E. The Trustee has apportioned the claim amount consistent with the amounts identified in the demand letter and the resulting settlement, as indicated in Column E. This claim should be reassigned to the appropriate Debtor's estate. |
| XEROX CORPORATION ATTN: VANESSA ADAMS 1301 RIDGEVIEW DRIVE-450 LEWISVILLE, TX 75057 | 218 | $64,815.81 | Capitol Broadband Development Co., LLC Case No. 12-11359 | Capitol Infrastructure, LLC Case No. 12-11362 | This claim was filed against the estate of Capitol Broadband Development Co., LLC. The documents supporting the claim, however, evidence transactions with Debtor Capitol Infrastructure, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |
| XEROX CORPORATION ATTN: VANESSA ADAMS 1301 RIDGEVIEW DRIVE-450 LEWISVILLE, TX 75057 | 108 | $16,156.28 | Capitol Broadband Development Co., LLC Case No. 12-11359 | Capitol Infrastructure, LLC Case No. 12-11362 | This claim was filed against the estate of Capitol Broadband Development Co., LLC. The documents supporting the claim, however, evidence transactions with Debtor Capitol Infrastructure, LLC. This claim should be reassigned to the appropriate Debtor's estate as evidenced by the claim's supporting documentation. |

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance/Modification (Also see paragraphs 17-20 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|
| CHATTAHOOCHEE RIVER 911 AUTHORITY C/O RAY S. SMITH, III JOYCE THRASHER KAISER & LISS, LLC 5 CONCOURSE PARKWAY, SUITE 2600 ATLANTA, GA 30334 | 69 | $ 75,000.00 | Claimant did not attach sufficient documentation in support of claim. The claim does not appear on the Debtor's Schedules. Without more information, the Trustee is unable to verify the sufficiency of this claim. The claim should be disallowed. |
| GENIA, CATHY 811 VALLEY, HO, DR LANSING, MI 48917 | 125 | $ 525.25 | Claimant did not attach sufficient documentation in support of claim. The claim does not appear on the Debtor's Schedules. Without more information, the Trustee is unable to verify the sufficiency of this claim. The claim should be disallowed. |
| GOPHER STATE ONECALL 18946 LAKE DRIVE EAST CHANHASSEN, MN 55317 | 348 | $ 1,130.50 | Claimant did not attach any documentation in support of the claim. The Debtor's Schedule F shows this claimant as having a claim in the amount of $383.90. This claim should be reduced to the amount of $383.90. |
| LANE COUNTY TAX ASSESSOR 125 E. 8TH AVE EUGENE, OR 97401 | 102 | $ 2,019.17 | Claimant did not attach any documentation in support of the claim. The Debtor's Schedule E shows this claimant as having a claim in the amount of $987.57. This claim should be reduced to the amount of $987.57. |

3

**Exhibit C: No Documentation Claims**
**In re: Capitol Infrastructure, LLC, et al.**
**Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance/Modification (Also see paragraphs 17-20 of the First Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|
| PERRY TOWNSHIP 2770 ELLSWORTH RD. PERRY, MI 4887 | 273 | $ 5,286.73 | Claimant did not attach any documentation in support of the claim. The Debtor's Schedule E shows this claimant as having a claim in the amount of $2,311.84. This claim should be reduced to the amount of $2,311.84. |
| ROBERTON, DONALD K. 4305 CALLISTA LANE SARASOTA, FL 34243-5255 | 329 | $ 15,000.00 | Claimant did not attach any documentation in support of the claim. Without more information, the Trustee is unable to verify this claim. This claim should be disallowed. |
| ST. TROPEZ II, LLC C/O JOSEPH MILTON 3211 PONCE DE LEON BLVD, SUITE 301 CORAL GABLES, FL 33134 | 14 | $ 25,511.89 | Claimant did not attach any documentation in support of the claim. The Debtor's Schedule F shows this claimant as having a claim in the amount of $18,200.00. This claim should be reduced to the amount of $18,200.00. |