Exhibit A: Incorrectly Classified/Stated Claims
In re: Capitol Infrastructure, LLC et al, Case No. 12-11362 (KG)

| Name of Claimant | Claim Number/Debtor (unless otherwise noted, claim is against Capitol Infrastructure, LLC) | Claim Amount | Claim Classification Status (as filed) | Modified Classification Status | Reason for Modification (Also see paragraphs 13-18 of the Second Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| ADAMS COUNTY TREASURER PO BOX 869 BRIGHTON, CO 80601 | 349 | $43,026.86 | $21,513.43 Secured $21,513.43 Priority | $21,513.43 Secured | The Proof of Claim lists the liability as both secured and priority classification. A review of the supporting documentation shows this claim asserts duplicate liability, and instead should be properly classified as a secured claim in the amount of $21,513.43. |
| CITY OF COLORADO SPRINGS SALES TAX KYLE SAUER, ESQ COLORADO SPRINGS CITY ATTY OFFICE 30 S. NEVADA, STE 501 COLORADO SPRINGS, CO 80903 | 343 | $331.50 | $165.75 Secured $165.75 Priority | $165.75 Secured | The Proof of Claim lists the liability as both secured and priority classification. A review of the supporting documentation shows this claim asserts duplicate liability, and instead should be properly classified as a secured claim in the amount of $165.75. This claim also appears on the Trustee's First Omnibus Objection to Claims, Exhibit C. |

**Exhibit A: Incorrectly Classified/Stated Claims**
**In re: Capitol Infrastructure, LLC et al, Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number/Debtor (unless otherwise noted, claim is against Capitol Infrastructure, LLC) | Claim Amount | Claim Classification Status (as filed) | Modified Classification Status | Reason for Modification (Also see paragraphs 13-18 of the Second Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| CONSERVATORY PROPERTY OWNERS' ASSOCIATION INC P.O. BOX 350622 PALM COAST, FL 32135 | 2 SMARTRESORT CO, LLC Case No. 12-11358 | $3,525.53 | Secured | Unsecured Nonpriority | The Proof of Claim does not attach evidence of secured interest in Debtor's assets. This claim should be reclassified to an unsecured, nonpriority claim. |
| CONSERVATORY PROPERTY OWNERS' ASSOCIATION INC P.O. BOX 350622 PALM COAST, FL 32135 | 3 SMARTRESORT CO, LLC Case No. 12-11358 | $3,073.32 | Secured | Unsecured Nonpriority | The Proof of Claim does not attach evidence of secured interest in Debtor's assets. This claim should be reclassified to an unsecured, nonpriority claim. |
| CONSERVATORY PROPERTY OWNERS' ASSOCIATION INC P.O. BOX 350622 PALM COAST, FL 32135 | 4 SMARTRESORT CO, LLC Case No. 12-11358 | $2,626.55 | Secured | Unsecured Nonpriority | The Proof of Claim does not attach evidence of secured interest in Debtor's assets. This claim should be reclassified to an unsecured, nonpriority claim. |

2

Exhibit A: Incorrectly Classified/Stated Claims
In re: Capitol Infrastructure, LLC et al, Case No. 12-11362 (KG)

| Name of Claimant | Claim Number/Debtor (unless otherwise noted, claim is against Capitol Infrastructure, LLC) | Claim Amount | Claim Classification Status (as filed) | Modified Classification Status | Reason for Modification (Also see paragraphs 13-18 of the Second Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| CONSERVATORY PROPERTY OWNERS' ASSOCIATION INC P.O. BOX 350622 PALM COAST, FL 32135 | 5 SMARTRESORT CO, LLC Case No. 12-11358 | $2,031.07 | Secured | Unsecured Nonpriority | The Proof of Claim does not attach evidence of secured interest in Debtor's assets. This claim should be reclassified to an unsecured, nonpriority claim. |
| ISHARE, LLC 20661 OKEMOS RD, STE 1 BIG RAPIDS, MI 49307 | 2 Capitol Broadband Development Company, LLC Case No. 12-11359 | $14,398.21 | $11,725.00 Section 507(a)(4) Priority $2,673.21 Unsecured Nonpriority | $14,398.21 Unsecured Nonpriority | Claimant asserts wage claim priority pursuant to Section 507(a)(4). Claimant is not entitled to wage claim as it was not an employee of the Debtor. This claim should be reclassified to an unsecured, nonpriority claim. |
| KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR ATTENTION: SUSAN D. PROFANT, CFCA, CLA, 4333 US 301 NORTH ELLENTON, FL 34222 | 392 | $13,193.83 | $6,596.91 Secured $6,596.92 Priority | $6,596.91 Secured | The Proof of Claim lists the liability as both secured and priority classification. A review of the supporting documentation shows this claim asserts duplicate liability, and instead should be properly classified as a secured claim in the amount of $6,596.91. This claim should be reduced and reclassified accordingly. |

**Exhibit A: Incorrectly Classified/Stated Claims**

**In re: Capitol Infrastructure, LLC et al, Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number/Debtor (unless otherwise noted, claim is against Capitol Infrastructure, LLC) | Claim Amount | Claim Classification Status (as filed) | Modified Classification Status | Reason for Modification (Also see paragraphs 13-18 of the Second Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR ATTENTION: SUSAN D. PROFANT, CFCA, CLA, 4333 US 301 NORTH ELLENTON, FL 34222 | 393 | $7,381.30 | $3,690.65 Secured $3,690.65 Priority | $3,690.65 Secured | The Proof of Claim lists the liability as both secured and priority classification. A review of the supporting documentation shows this claim asserts duplicate liability, and instead should be properly classified as a secured claim in the amount of $3,690.65. |
| RANGEL, FRANCIS 1762 SAN JUAN STREET, #3 TUSTIN, CA 92780 | 104 | $1,470.48 | $1,470.08 Section 507(a)(4) Priority $0.40 Unsecured Nonpriority | $1,470.48 Unsecured Nonpriority | Claimant asserts wage claim priority pursuant to Section 507(a)(4), however amounts claimed are attributable to services performed more than 180 days prior to the filing of the Debtor's bankruptcy petition. This claim is not entitled to wage claim priority and should be reclassified to an unsecured, nonpriority claim. |

**Exhibit A: Incorrectly Classified/Stated Claims**

**In re: Capitol Infrastructure, LLC et al, Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number/Debtor (unless otherwise noted, claim is against Capitol Infrastructure, LLC) | Claim Amount | Claim Classification Status (as filed) | Modified Classification Status | Reason for Modification (Also see paragraphs 13-18 of the Second Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| TEXAS WORKFORCE COMMISSION JOHN MOORE REGULATORY INTEGRITY DIVISION 101 E 15TH STREET ROOM 556 AUSTIN, TX 78778-0001 | 15 Capitol Broadband Development Company, LLC Case No. 12-11359 | $1,670.02 | Secured | 11 U.S.C. § 507(a)(8) Unsecured Priority | The Proof of Claim does not attach evidence of secured interest in Debtor's assets. This claim should be reclassified to a priority tax claim pursuant to 11 U.S.C. § 507(a)(8). |
| US BANK NA D/B/A US BANK EQUIPMENT FINANCE 1310 MADRID STREET MARSHALL, MN 56258 | 137 Capitol Infrastructure CP Funding, LLC Case No. 12-11356 | $6,145.50 | $1,800.00 Secured $4,345.50 Unsecured Nonpriority | $6,145.50 Unsecured Nonpriority | The Proof of Claim does not attach evidence of secured interest in Debtor's assets. This claim also appears on the Trustee's First Omnibus Objection to Claims, Exhibit B. |

5

**Exhibit A: Incorrectly Classified/Stated Claims**
**In re: Capitol Infrastructure, LLC et al, Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number/Debtor (unless otherwise noted, claim is against Capitol Infrastructure, LLC) | Claim Amount | Claim Classification Status (as filed) | Modified Classification Status | Reason for Modification (Also see paragraphs 13-18 of the Second Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| ADAMS COUNTY TREASURER PO BOX 869 BRIGHTON, CO 80601 | 349 | $43,026.86 | $21,513.43 Secured $21,513.43 Priority | $21,513.43 Secured | The Proof of Claim lists the liability as both secured and priority classification. A review of the supporting documentation shows this claim asserts duplicate liability, and instead should be properly classified as a secured claim in the amount of $21,513.43. |
| CITY OF COLORADO SPRINGS SALES TAX KYLE SAUER, ESQ COLORADO SPRINGS CITY ATTY OFFICE 30 S. NEVADA, STE 501 COLORADO SPRINGS, CO 80903 | 343 | $331.50 | $165.75 Secured $165.75 Priority | $165.75 Secured | The Proof of Claim lists the liability as both secured and priority classification. A review of the supporting documentation shows this claim asserts duplicate liability, and instead should be properly classified as a secured claim in the amount of $165.75. This claim also appears on the Trustee's First Omnibus Objection to Claims, Exhibit C. |

| Name of Claimant | Claim Number/Debtor (unless otherwise noted, claim is against Capitol Infrastructure, LLC) | Claim Amount | Claim Classification Status (as filed) | Modified Classification Status | Reason for Modification (Also see paragraphs 13-18 of the Second Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| CONSERVATORY PROPERTY OWNERS' ASSOCIATION INC P.O. BOX 350622 PALM COAST, FL 32135 | 2 SMARTRESORT CO., LLC Case No. 12-11358 | $3,525.53 | Secured | Unsecured Nonpriority | The Proof of Claim does not attach evidence of secured interest in Debtor's assets. This claim should be reclassified to an unsecured, nonpriority claim. |
| CONSERVATORY PROPERTY OWNERS' ASSOCIATION INC P.O. BOX 350622 PALM COAST, FL 32135 | 3 SMARTRESORT CO., LLC Case No. 12-11358 | $3,073.32 | Secured | Unsecured Nonpriority | The Proof of Claim does not attach evidence of secured interest in Debtor's assets. This claim should be reclassified to an unsecured, nonpriority claim. |
| CONSERVATORY PROPERTY OWNERS' ASSOCIATION INC P.O. BOX 350622 PALM COAST, FL 32135 | 4 SMARTRESORT CO., LLC Case No. 12-11358 | $2,626.55 | Secured | Unsecured Nonpriority | The Proof of Claim does not attach evidence of secured interest in Debtor's assets. This claim should be reclassified to an unsecured, nonpriority claim. |

Exhibit A: Incorrectly Classified/Stated Claims
In re: Capitol Infrastructure, LLC et al, Case No. 12-11362 (KG)

| Name of Claimant | Claim Number/Debtor (unless otherwise noted, claim is against Capitol Infrastructure, LLC) | Claim Amount | Claim Classification Status (as filed) | Modified Classification Status | Reason for Modification (Also see paragraphs 13-18 of the Second Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| CONSERVATORY PROPERTY OWNERS' ASSOCIATION INC P.O. BOX 350622 PALM COAST, FL 32135 | 5 SMARTRESORT CO, LLC Case No. 12-11358 | $2,031.07 | Secured | Unsecured Nonpriority | The Proof of Claim does not attach evidence of secured interest in Debtor's assets. This claim should be reclassified to an unsecured, nonpriority claim. |
| ISHARE, LLC 20661 OKEMOS RD, STE 1 BIG RAPIDS, MI 49307 | 2 Capitol Broadband Development Company, LLC Case No. 12-11359 | $14,398.21 | $11,725.00 Section 507(a)(4) Priority $2,673.21 Unsecured Nonpriority | $14,398.21 Unsecured Nonpriority | Claimant asserts wage claim priority pursuant to Section 507(a)(4). Claimant is not entitled to wage claim as it was not an employee of the Debtor. This claim should be reclassified to an unsecured, nonpriority claim. |
| KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR ATTENTION: SUSAN D. PROFANT, CFCA, CLA, 4333 US 301 NORTH ELLENTON, FL 34222 | 392 | $13,193.83 | $6,596.91 Secured $6,596.92 Priority | $6,596.91 Secured | The Proof of Claim lists the liability as both secured and priority classification. A review of the supporting documentation shows this claim asserts duplicate liability, and instead should be properly classified as a secured claim in the amount of $6,596.91. This claim should be reduced and reclassified accordingly. |

**Exhibit A: Incorrectly Classified/Stated Claims**
**In re: Capitol Infrastructure, LLC et al, Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number/Debtor (unless otherwise noted, claim is against Capitol Infrastructure, LLC) | Claim Amount | Claim Classification Status (as filed) | Modified Classification Status | Reason for Modification (Also see paragraphs 13-18 of the Second Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR ATTENTION: SUSAN D. PROFANT, CFCA, CLA, 4333 US 301 NORTH ELLENTON, FL 34222 | 393 | $7,381.30 | $3,690.65 Secured $3,690.65 Priority | $3,690.65 Secured | The Proof of Claim lists the liability as both secured and priority classification. A review of the supporting documentation shows this claim asserts duplicate liability, and instead should be properly classified as a secured claim in the amount of $3,690.65. |
| RANGEL, FRANCIS 1762 SAN JUAN STREET, #3 TUSTIN, CA 92780 | 104 | $1,470.48 | $1,470.08 Section 507(a)(4) Priority $0.40 Unsecured Nonpriority | $1,470.48 Unsecured Nonpriority | Claimant asserts wage claim priority pursuant to Section 507(a)(4), however amounts claimed are attributable to services performed more than 180 days prior to the filing of the Debtor's bankruptcy petition. This claim is not entitled to wage claim priority and should be reclassified to an unsecured, nonpriority claim. |

4

**Exhibit A: Incorrectly Classified/Stated Claims**
**In re: Capitol Infrastructure, LLC et al, Case No. 12-11362 (KG)**

| Name of Claimant | Claim Number/Debtor (unless otherwise noted, claim is against Capitol Infrastructure, LLC) | Claim Amount | Claim Classification Status (as filed) | Modified Classification Status | Reason for Modification (Also see paragraphs 13-18 of the Second Omnibus Objection for additional analysis pertinent to the stated grounds of the Trustee's objection to such claim) |
|---|---|---|---|---|---|
| TEXAS WORKFORCE COMMISSION JOHN MOORE REGULATORY INTEGRITY DIVISION 101 E 15TH STREET ROOM 556 AUSTIN, TX 78778-0001 | 15 Capitol Broadband Development Company, LLC Case No. 12-11359 | $1,670.02 | Secured | 11 U.S.C. § 507(a)(8) Unsecured Priority | The Proof of Claim does not attach evidence of secured interest in Debtor's assets. This claim should be reclassified to a priority tax claim pursuant to 11 U.S.C. § 507(a)(8). |
| US BANK NA D/B/A US BANK EQUIPMENT FINANCE 1310 MADRID STREET MARSHALL, MN 56258 | 137 Capitol Infrastructure CP Funding, LLC Case No. 12-11356 | $6,145.50 | $1,800.00 Secured $4,345.50 Unsecured Nonpriority | $6,145.50 Unsecured Nonpriority | The Proof of Claim does not attach evidence of secured interest in Debtor's assets. This claim also appears on the Trustee's First Omnibus Objection to Claims, Exhibit B. |